No. 00-129C

(Filed: March 20, 2003)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Per the parties' request, the status conference in this matter previously scheduled for March 19, 2003, has been changed to Thursday, March 27, 2003, at 10:00 a.m. (EST), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/Judge Francis M. Allegra
Francis M. Allegra
Judge