IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated March 27, 2003, the parties submit this joint status report.

The parties have reached an agreement in principle that will resolve this matter in its entirety. This agreement has not yet been approved by the appropriate officials within the Department of Justice. Accordingly, the parties propose to file another status report to the Court in 30 days, unless a stipulation of dismissal is filed prior to that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Clarence T. Kipps, Jr.
CLARENCE T. KIPPS, JR.
MILLER & CHEVALIER, Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Attorney for Plaintiff

s/Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 514-8624

Attorneys for Defendant