IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-129C<br>(Judge Allegra) |

JOINT STATUS REPORT

Pursuant to the Court's order dated October 20, 2003, the parties submit this joint status report.

In our prior status report, we reported that the parties had reached an agreement in principle that would resolve this matter in its entirety. The dispute in this case concerns the cost accounting method by which plaintiff allocated certain computing costs to its operating segments for calendar years 1994 and 1995, and whether this method complied with the Federal Cost Accounting Standards. In order to resolve this case, plaintiff has been negotiating and drafting a Memorandum of Understanding ("MOU") with the Defense Contract Management Agency defense corporate executive assigned to Lockheed Martin, assisted by the Defense Contract Audit Agency, regarding cost accounting methods to be used by Lockheed Martin in the future. The parties expect to agree upon the terms of the MOU in the near future.

This proposed agreement has not yet been approved by the appropriate officials within the Department of Justice. Accordingly, the parties propose to file another status report to

the Court in 30 days, unless a stipulation of dismissal is filed prior to that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/Clarence T. Kipps, Jr.
CLARENCE T. KIPPS, JR.
MILLER & CHEVALIER, Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Attorney for Plaintiff

s/Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 514-8624

Attorneys for Defendant