# In the United States Court of Federal Claims

No. 00-129C

(Filed: November 19, 2003)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 19, 2003, the parties filed a joint status report as required by this court's order of October 20, 2003. On or before December 19, 2003, the parties shall file a joint status report on settlement, unless a stipulation of dismissal is filed prior to that time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge