# In the United States Court of Federal Claims

No. 00-129C

(Filed: January 5, 2004)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 19, 2003, the parties filed a joint status report as required by this court's order of November 19, 2003 in which they requested an additional thirty days to file a status report on settlement. This request is hereby **GRANTED**. On or before January 20, 2004, the parties shall file a joint status report on settlement, unless a stipulation of dismissal is filed prior to that time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge