IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-129C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated January 20, 2004, the parties submit this joint status report.

In our prior status reports, we reported that, in order to resolve this case, the plaintiff and the Defense Contract Management Agency ("DCMA") defense corporate executive assigned to Lockheed Martin, assisted by the Defense Contract Audit Agency, were negotiating and drafting a Memorandum of Understanding ("MOU") regarding cost accounting methods to be used by Lockheed Martin in the future. This document has been completed, but the DCMA has not yet made its recommendations to the Department of Justice regarding the settlement of this case. When the DCMA makes its recommendation, it will be submitted to the appropriate officials within the Department of Justice for their review and approval. Accordingly, the parties propose to file another status report to the Court in 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Clarence T. Kipps, Jr.
CLARENCE T. KIPPS, JR.
MILLER & CHEVALIER, Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Attorney for Plaintiff

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant