IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated February 24, 2004, the parties submit this joint status report.

The DCMA has determined that the Memorandum of Understanding was unnecessary and that the CAS Disclosure Statement for the accounting practices at EIS, as modified in 2003, should be reviewed by the DCAA to determine whether the practices set forth are in compliance with the cost accounting standards. DCAA expects to complete this review and to prepare a draft report by the middle of April. The DCMA believes that if the DCAA determines the Disclosure Statement and accounting practices are in compliance with the cost accounting standards, then the parties will be in a position to resolve this case without further involvement of the Court. Accordingly, the parties propose to file another status report to the Court in 60 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant

s/ Clarence T. Kipps, Jr.
CLARENCE T. KIPPS, JR.
MILLER & CHEVALIER, Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Attorney for Plaintiff