IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

## I. Lockheed Martin's Status Report.

A. Lockheed Martin allocated its Cray computer costs on the basis of resource commitments. The DCAA and the contracting officer contended that the Cost Accounting Standards ("CAS") required allocation of the Cray computer costs on the basis of actual resource consumption. Both Lockheed Martin's and the contracting officer's respective methodologies were acceptable under CAS, but to end a longstanding dispute and avoid litigation costs, Lockheed Martin agreed with the contracting officer to use his proposed methodology. When the contracting officer recognized that the computation of the allocable costs under his methodology did not result in any recovery by the Government, he recomputed the costs and asserted a claim against Lockheed Martin for $2,669,534.00, inclusive of interest. The proper computation under CAS of the amount of Cray computer costs allocable to the government contracts using the contracting officer's methodology results in an underpayment by the Government by $9,650,000.00 rather than an overpayment by the Government.

B. For more than four years Lockheed Martin has endeavored to resolve the dispute in this case as well as the unrelated DCAA allegations involving Enterprise Information Systems ("EIS"), a segment of Lockheed Martin. Notwithstanding these efforts, the parties have been unable to resolve this case and those allegations.

C. Both parties will move for Summary Judgment.

1. Lockheed Martin's Motion for Summary Judgment will seek dismissal of the Government's claim for $$2,669,534.00 and entry of judgment for Lockheed Martin in the amount of $9,650,000.00 for the underpaid computer costs allocable to the government contracts.

2. Lockheed Martin's proposed schedule is for Lockheed Martin to file its motion on or before August 16, 2004.

II. Government's Status Report

The complaint filed by Lockheed Martin does not assert a claim for $9.65 million. Nor has Lockheed Martin filed such a claim with its contracting officer. The Government proposes to file a cross-motion for summary judgment by September 27, 2004. This motion may include a motion to dismiss for lack of jurisdiction.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Clarence T. Kipps, Jr.
CLARENCE T. KIPPS, JR.
MILLER & CHEVALIER, Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Attorney for Plaintiff

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant