# In the United States Court of Federal Claims

No. 00-129C

(Filed: July 2, 2004)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 30, 2004, the parties filed a joint status report recommending that the court should establish a briefing schedule for cross-motions for summary judgment in this matter. The report indicates that defendant, as part of its proposed filing, may move to dismiss this case for lack of jurisdiction.

Based on this filing, the court adopts the following schedule:

1. On or before August 16, 2004, plaintiff shall file its motion for summary judgment.
2. On or before September 27, 2004, defendant shall file its cross-motion for summary judgment.
3. All subsequent filings regarding these motions shall be in accordance with the timing requirements of this court's rules.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge