IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-129C<br>(Judge Allegra) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the United States Court of Federal Claims, counsel for plaintiff respectfully moves for an enlargement of time of 10 days, to and including August 26, 2004, within which to file its Motion for Summary Judgment. Accordingly, counsel for plaintiff further moves for an enlargement of time of 10 days, to and including October 7, 2004, for filing of defendant's Cross-motion for Summary Judgment. The dates for filing such motions have not previously been enlarged.

Plaintiff requires the requested time extension to confer with the necessary individuals at the company and accommodate vacation schedules of such individuals.

Counsel for plaintiff has discussed this motion with counsel for defendant, and she has no objections to this motion.

Respectfully submitted,

_______________________________

Clarence T. Kipps, Jr., Esq.
MILLER & CHEVALIER Chartered
655 15th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Attorney of Record
Lockheed Martin Corporation

Of Counsel:

David M. Christenson, Esq.
LOCKHEED MARTIN CORPORATION
6801 Rockledge Drive
Bethesda, Maryland 20817
Tel: (301) 897-6127
Fax: (301) 897-6333

Dated: August 3, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of August, 2004, I caused to be hand-delivered PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME addressed as follows:

Dorie Finnerman, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300

____________________________________
Clarence T. Kipps