IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-129C |
| | ) | (Judge Allegra) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>**

Pursuant to Rule 6.1 of the United States Court of Federal Claims, counsel for plaintiff respectfully moves for an enlargement of time of 7 days, to and including September 9, 2004, within which to file its Motion for Summary Judgment. Accordingly, counsel for plaintiff further moves for an enlargement of time of 7 days, to and including October 21, 2004, for filing of defendant's Cross-motion for Summary Judgment. The dates for filing such motions have been enlarged one time.

Plaintiff requires the requested time extension because the individual whose Declaration must accompany Plaintiff's Motion for Summary Judgment is unable to complete his Declaration until next week. He lives and works in Orlando, Florida, and has been taking steps to protect his home and family from the approaching Hurricane Frances.

Today counsel for plaintiff discussed this motion with counsel for defendant, and she has no objections to this motion.

Respectfully submitted,

______________________________

Clarence T. Kipps, Jr., Esq.
MILLER & CHEVALIER Chartered
655 15th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Attorney of Record
Lockheed Martin Corporation

Of Counsel:

Angela B. Styles, Esq.
Kimberly R. Heifetz, Esq.
MILLER & CHEVALIER Chartered
655 15th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

David M. Christenson, Esq.
LOCKHEED MARTIN CORPORATION
6801 Rockledge Drive
Bethesda, Maryland 20817
Tel: (301) 897-6127
Fax: (301) 897-6333

Dated: September 2, 2004