IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-129C |
| | ) | (Judge Allegra) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

To simplify this case and expedite its final resolution, Lockheed Martin Corporation ("Lockheed" or "Plaintiff") is limiting the amount it seeks to recover in this case to a portion of the Government's underpayment of CRAY computer costs, specifically, the portion of Lockheed's loss on the disposition of the CRAY computers that is allocable to government contracts using the Government's actual usage method.

Pursuant to Rule 56 of the United States Court of Federal Claims and in accordance with the Court's Orders dated August 23 and September 3, 2004, Lockheed respectfully moves the Court for summary judgment: (1) dismissing the Government's counterclaim with prejudice, and (2) deciding that Lockheed is entitled to recover its loss on the disposition of the CRAY computers that is allocable to government contracts, with the amount of recovery to be resolved by the parties or in further proceedings because determination of this amount is not amenable to summary judgment.

This Motion is based on the accompanying Brief in Support and the Proposed Findings of Uncontroverted Fact.

Lockheed requests that the Court grant oral argument on this Motion.

Respectfully submitted,

s/Clarence T. Kipps

Clarence T. Kipps, Jr., Esq.
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858
Attorney of Record
Lockheed Martin Corporation

Of Counsel:

Angela B. Styles, Esq.
Kimberly R. Heifetz, Esq.
MILLER & CHEVALIER CHARTERED
655 15th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

David M. Christenson, Esq.
LOCKHEED MARTIN CORPORATION
6801 Rockledge Drive
Bethesda, Maryland 20817
Tel: (301) 897-6127
Fax: (301) 897-6333

Dated: September 9, 2004