# SERVICE LEVEL AGREEMENT
# FOR
# LADC

January 1994
through
December, 1994

Approved by:

Name

Date Signed:

O. O. Vignoni

A. O. Vignoni - LADC

8/17/94

W. Bernstein

W. Bernstein - LITC

8/30/94

Document Control # SLA-LADC-02-001

## Table of Contents


1. Introduction to Service Level Agreements ..... 1
   1.1 Service Level Agreement (SLA) Structure ..... 1
   1.2 SLA Content ..... 1
2. Service Level Agreement - Common Elements ..... 2
   2.1 Terms of the Agreement ..... 2
      2.1.1 Effective date ..... 2
      2.1.2 Duration ..... 2
      2.1.3 Revisions ..... 2
   2.2 Delineation of Responsibilities ..... 2
      2.2.1 LITC Responsibilities ..... 2
      2.2.2 Customer Responsibilities ..... 2
      2.2.3 Shared Responsibilities ..... 3
   2.3 LITC Procedures Documents ..... 3
   2.4 Documents of Understanding ..... 3
   2.5 LITC Service Offerings ..... 4
      2.5.1 Standard Service ..... 4
         2.5.1.1 Disaster Recovery ..... 4
         2.5.1.2 Service Coordination Meetings ..... 4
         2.5.1.3 System Maintenance ..... 4
         2.5.1.4 Auditable Service ..... 5
         2.5.1.5 Operational Features ..... 5
            2.5.1.5.1 24 x 7 Coverage ..... 5
            2.5.1.5.2 UPS / Redundant mechanical systems ..... 5
            2.5.1.5.3 Physical Security ..... 5
         2.5.1.6 Video Teleconferencing ..... 5
      2.5.2 Additional Services ..... 5
         2.5.2.1 Customer Service Center ..... 5
         2.5.2.2 Service Request Management ..... 5
         2.5.2.3 Problem Management ..... 5
         2.5.2.4 Change Management ..... 5
         2.5.2.5 Configuration Management ..... 5
         2.5.2.6 Network ..... 5
      2.5.3 Custom Services ..... 6
   2.6 Resource Utilization Forecasts ..... 6
      2.6.1 Forecasting Procedures - Denver Based Processing Requirements ..... 6
      2.6.2 Forecasting Procedures - LITC Extended Operations Requirements ..... 7
   2.7 Service Pricing ..... 7

2.7.1 Standard Services ....... 7
2.7.1.1 Philosophy ....... 7
2.7.1.2 1994 Billing Rates and MIPS Forecast for Denver Based Processing ....... 10
2.7.1.3 Billing Reports ....... 10
3. International Business Machines (IBM) Environment ....... 11
3.1 Scope of Agreement ....... 11
3.2 Resource Consumption Metrics ....... 11
3.2.1 CPU Usage ....... 11
3.2.2 DASD Usage ....... 11
3.2.3 Tape Mounts ....... 11
3.3 Service Metrics - IBM ....... 12
3.3.1 Measurement Methods and Tools ....... 12
3.3.1.1 Availability ....... 12
3.3.1.2 Response Time ....... 13
3.3.1.3 Batch Management ....... 14
3.3.1.4 Problem Management and Call Metrics ....... 14
3.3.1.5 Customer Satisfaction ....... 15
3.4 VM Systems ....... 16
3.4.1 LADC CMS ....... 16
3.5 MVS Systems (Palmdale) ....... 18
3.5.1 LADC (MVS/XA) - Systems B and C ....... 18
3.5.2 CICS Subsystem - System B ....... 18
3.5.3 TSO System - System B ....... 19
3.5.4 IMS Subsystem - System B ....... 19
3.5.5 DB2 Subsystem - System B ....... 19
3.5.6 CICS Subsystem - System C ....... 20
3.5.7 TSO System - System C ....... 20
3.5.8 IMS Subsystem - System C ....... 20
3.5.9 DB2 Subsystem - System C ....... 21
4. HPCC ....... 22
4.1 Scope of Agreement ....... 22
4.2 Service Metrics ....... 22
4.2.1 Measurement Methods and Tools ....... 22
4.2.1.1 Intel Availability ....... 22
4.2.1.2 System Performance ....... 23
4.2.1.3 Batch Turnaround ....... 23
4.2.1.4 Workload Prioritization ....... 23
4.2.1.5 Problem Management and Call Metrics ....... 23
4.2.1.6 Customer Satisfaction ....... 23

4.3 HPCC Systems ........................................ 24
4.3.1 Dedicated processing commitments - LITC Denver processors ........................................ 24
4.3.2 Intel Processor(s) - located in Palmdale, California ........................................ 24
GLOSSARY ........................................ 25

# 1. Introduction to Service Level Agreements

## 1.1 Service Level Agreement (SLA) Structure

The SLA is organized with separate sections for each of the following areas:

- Common elements - information that is pertinent to all computing environments
- IBM Environment - information that is specific to the IBM/Amdahl computing environment
- HPCC Environment - information that is specific to the HPCC platforms
- Tandem Environment - information that is specific to the Tandem computing environment
- Digital Equipment Corporation (DEC) Environment - information that is specific to the DEC platform
- Unisys Environment - information that is specific to the Unisys environment
- Appendix A - Documents of Understanding (DOUs)
- Glossary

## 1.2 SLA Content

Only SLA sections that are pertinent to the LADC processing environment will be included in the Service Level Agreement for LADC.

As a section is finalized, signatures will be obtained from both LADC and LITC. A section that is incomplete or still in negotiation will not delay signature of sections that have been finalized.

Nothing in this document is intended to supersede existing LITC and/or LADC Management Polices and Procedures.

All time references in this document are expressed in Pacific time (standard or daylight savings time, whichever is applicable).

Information concerning philosophies or procedures for any area covered by a DOU are not addressed in the SLA. Please refer to the appropriate DOU for this information.

Detailed procedures for Change Management, Problem Management and Service Request Management are located in the latest LITC procedures manuals. Copies are available through the LADC Site Services Manager or by following procedures established by LADC.

# 2. Service Level Agreement - Common Elements

## 2.1 Terms of the Agreement

### 2.1.1 Effective date

The effective date of this agreement is the period beginning January 1, 1994 through December 31, 1994.

### 2.1.2 Duration

The duration of this agreement is one year. A review of service levels and pricing stated in this agreement will be conducted if:

- Major changes are made to operating systems, environments, or applications
- Either LADC or LITC determines that it is advisable to do so.

### 2.1.3 Revisions

A change to a Service Level Agreement (SLA) or Document Of Understanding (DOU) is requested using an LITC Service Request Form. The change will be negotiated between the LITC Service Level Management Coordinator, LADC Site Services Manager or designee, and the appropriate management personnel from both locations. The negotiated change is an addendum to the SLA until such time as the SLA and/or DOU is permanently updated. Both companies agree to negotiate in good faith in an attempt to adjust the agreement to meet current needs.

## 2.2 Delineation of Responsibilities

### 2.2.1 LITC Responsibilities

LITC responsibilities include:

- Ensuring all service level commitments are met or exceeded
- Ensuring LITC resources required to support this agreement are available
- Ensuring all service level measurement tools are functional
- Ensuring all required reports are provided, in a timely manner
- Providing meaningful resource utilization reporting
- Developing, in conjunction with LADC, documents of understanding between customer I/S organizations and LITC technical groups
- Providing sufficient notification to LADC of pending changes to the LITC computing environment, to allow LADC to evaluate the impact, concur as required, and disseminate the information
- Ensuring that software tools and access are available to LADC personnel to facilitate on-going application monitoring, analysis, and optimization efforts
- Ensuring LADC management approval for requests for local changes in configurations and schedules
- Providing adequate disaster recovery capabilities to ensure minimum business interruption exposure
- Keeping appropriate LADC personnel and management appraised of actions that are planned and/or in process to correct deviations from agreed to service level commitments.

### 2.2.2 Customer Responsibilities

LADC responsibilities include:

- Ensuring LADC resources required to support this agreement are available
- Identifying service level requirements
- Providing workload requirements
- Providing key points-of-contact for change or outage notification
- Ensuring compliance with LITC policies and procedures outlined in section 2.3 of the SLA
- Developing, in conjunction with LITC, documents of understanding between customer I/S organizations and LITC technical groups
- Ensuring LADC disaster recovery readiness through the creation of a disaster recovery plan and participation in disaster recovery exercises, as required.

- Notifying users of LADC systems of changes affecting major subsystems or components
- Notifying LITC of system or environmental changes affecting major subsystems or components

### 2.2.3 Shared Responsibilities

- LITC commits to work with LADC to identify cost reduction opportunities.
- LITC and LADC will jointly pursue opportunities to improve operating procedures and relationships.
- LITC and LADC will work together to improve prime shift system availability.

## 2.3 LITC Procedures Documents

In an effort to prevent disruption of service and to ensure delivery of service levels agreed to in this document the following LITC procedures will be utilized:

**Change Management**

Implementations of changes to any component of the LADC environment that is managed by LITC, are performed in accordance with established LITC change management policies and procedures. Refer to the *Procedure Document for Change Management* for additional information.

Applications modification responsibility rests with LADC, however any change that may effect the LITC system service, including availability and performance, must be coordinated with LITC personnel. Notification for LADC local changes will be provided to LITC in a timely manner.

**Problem Management**

Problems affecting components managed by or located at LITC are resolved in accordance with established recovery time commitments. LITC uses an online system to document problems, communicate status, and track problem resolution times. Refer to *Procedure Document for Problem Management* for additional information.

**Service Request Management**

LITC Service Requests are used to initiate and track actions requested of any LITC group in support of but not limited to; software, hardware, or telecommunication installations or upgrades, or I/S acquisitions. Customers should submit authorized service requests to LITC through their Site Services Manager. Refer to the *Procedure Document for Service Request Processing* for additional information.

During this agreement the cost for work requested of LITC will be based on the following guidelines:

- Charges will be applied to requests for custom efforts requiring ten or more hours of labor.
- Charges will be applied to offset costs associated with significant accelerations of standard efforts.
- Labor costs will be billed at a rate of $53 per hour.

## 2.4 Documents of Understanding

Documents of Understanding (DOUs) are established to clearly define specific responsibilities between the I/S organizations at LITC and the customer location(s), in support of the service level agreement. DOUs are created to ensure that all parties are in agreement and have a clear understanding of their responsibilities. DOU modifications may be required due to changes in the processing environment or scope of responsibilities. The DOUs will be reviewed on an annual basis.

The following Documents of Understanding exist between LADC and LITC

- LITC Customer Service Center
- Telecommunications and Network Services

- Software Management (IBM systems)
- Computer Security and Access Administration
- Systems Storage Management
- LITC Configuration Management
- Database and Transaction Processing Systems

## 2.5 LITC Service Offerings

### 2.5.1 Standard Service

#### 2.5.1.1 Disaster Recovery

LITC, with assistance from LADC, is responsible for the creation, maintenance, and testing of a formal data center Disaster Recovery Plan (DRP). The DRP will include information concerning re-establishment of telecommunications, recovery of data center hardware, operating systems, subsystems, and restoration of customer data, as defined by LADC. LADC retains responsibility to ensure that formal business recovery plans are developed, maintained, and tested. As required, LITC will provide assistance with the development of the business recovery plans. A copy of each business recovery plan must be forwarded to the LITC Disaster Recovery Coordinator for review. The availability of this plan will ensure that LITC has adequate knowledge of customer business requirements that may impact the data center DRP and recovery procedures. Any concerns or questions will be communicated to the LADC Site Services Manager. The Site Services Manager is responsible to ensure the concerns are properly addressed and resolved to the satisfaction of all parties.

Exercise (testing) requirements must be forwarded to the LITC Disaster Recovery Coordinator, for review and approval. An exercise date and time will be established and communicated to the appropriate personnel. Prior to the exercise, LADC will take the lead in the development of a unique test plan in cooperation with LITC and with reference to LITC criteria. As mutually agreed, LITC may be present at each exercise. LADC with LITC's assistance will ensure the exercise process is thoroughly documented and all corrective actions are noted and resolved. LADC will assist, as appropriate, with any additional reports needed by the LITC Disaster Recovery Coordinator.

#### 2.5.1.2 Service Coordination Meetings

LITC conducts regularly scheduled service coordination meetings with each customer company. The objectives of the meeting are to communicate significant LITC activities and strategies, conduct dialog on customer plans and activities that might relate to or impact LITC, and provide a forum for capture, tracking, and reporting on mutual issues and problems.

#### 2.5.1.3 System Maintenance

LITC will schedule maintenance activities during times that are acceptable to LADC. Maintenance actions are required for technical support personnel to perform modifications or upgrades to facility, hardware, software, and network components. Applications may or may not be available for use during scheduled maintenance activities. LITC, LITC extended, and LADC personnel will schedule maintenance activities through the LITC Change Management Coordinator following standard LITC Change Management policies and procedures. The scheduling process will not hinder the orderly and timely coordination of change implementation at local or remote locations.

Efforts will be made to schedule maintenance activities impacting availability during the following hours:

VM: Sunday evening between 5:00 P.M. and 11:00 P.M.

MVS: Sunday evening between 4:00 P.M. and midnight

HPCC: Sunday between 7:00 A.M. and 3:00 P.M.

Maintenance activities that do not impact availability are scheduled on an event-driven basis. The LADC Site Change Coordinator receives advance notification of any scheduled outages such that activities can be communicated and coordinated with the LADC customer community. LITC and LADC jointly coordinate scheduled maintenance actions to minimize impact to committed workloads.

#### 2.5.1.4 Auditable Service

LITC services are fully auditable in nature. In the event of an I/S cost audit either internally or from an external government agency, any issues or questions arising regarding LITC related costs should be referred to LITC through the appropriate jurisdictional regional agencies. We are routinely audited both internally and by government agencies for I/S operations audits, ADPE audits and cost audits. All audit results will be made available to customer companies, as requested.

#### 2.5.1.5 Operational Features

##### 2.5.1.5.1 24 x 7 Coverage

LITC operates 24 hours a day, 7 days a week. Any variance to this schedule will be negotiated with the LITC customer community.

##### 2.5.1.5.2 UPS / Redundant mechanical systems

LITC electrical systems powering computer rooms A, B, and C (non-HPCC computers and peripherals) are supported by battery backup and automatic transfer to diesel generator power, in the event city power is interrupted. Backup diesel generator fuel is maintained in underground storage tanks on the LITC premises. Computer room D (HPCC) provides short-term battery backup, to allow for orderly shutdown of the processors and associated peripherals when a power interruption occurs. There is no backup generator capability for computer room D.

##### 2.5.1.5.3 Physical Security

Physical security provided for LITC includes; a fenced perimeter, security cameras inside and out, and on-site security guards. Access through the two property entrances, is controlled by card keyed gates, and security cameras which are monitored by the main security office, 24 hours a day, 7 days a week.

#### 2.5.1.6 Video Teleconferencing

Video Teleconferencing (VTC) provides an effective way of conferencing face-to-face while avoiding cost, time, and inconvenience due to travel, either local or long distance. The Network Control Center at LITC, Denver manages the VTC Scheduling System. LITC provides the network switching activities for all customer sites. Please refer to the *Lockheed Video Teleconferencing Procedures* for additional information.

### 2.5.2 Additional Services

The philosophies and policies relating to the following standard services are available in the document identified in each section.

#### 2.5.2.1 Customer Service Center

Refer to the *Document of Understanding for the LITC Customer Service Center* (D1).

#### 2.5.2.2 Service Request Management

Refer to the *Procedure Document for Service Request Processing.*

#### 2.5.2.3 Problem Management

Refer to the *Procedure Document for Problem Management.*

#### 2.5.2.4 Change Management

Refer to the *Procedure Document for Change Management.*

#### 2.5.2.5 Configuration Management

Refer to the *Document of Understanding for Configuration Management* (D7).

#### 2.5.2.6 Network

Refer to the *Document of Understanding for Telecommunications and Network Services* (D2).