### 2.5.3 Custom Services

At times, customers may require services that are outside the definition of LITC Standard Service Offerings. These services might include items such as; customized billing support, unique service metrics, LITC management of a function that is normally considered the customer's responsibility, or customized service level or performance reporting. LITC has defined these types of requirements as custom services. Custom services are requested through the LITC Service Request Process. Depending on the costs associated with implementation and the scope of the service, custom services may or may not incur additional costs.

## 2.6 Resource Utilization Forecasts

### 2.6.1 Forecasting Procedures - Denver Based Processing Requirements

On an annual basis, LITC requests a resource utilization forecast for processing done at LITC Denver from the Lockheed companies it services. The forecast request is sent to the I/S Director of each customer company the first week in July and should be returned to LITC Finance by the first week in August. The purpose of the forecast is to provide the basis for which LITC will budget hardware, software, labor, and related expenses for the following year. The cost base and resource requirements developed from this forecast are used to develop preliminary pricing for the next budget cycle and forward pricing for an additional four years. The following data is required:

**IBM/Amdahl**

*MIPS*

LADC is required to provide a forecast of MIPS requirements for the five year period. LITC will provide current resource utilization and trend data, at the time of request. LADC is asked to provide MIPS requirements for each quarter of the next year. This will provide LITC with a quarterly projection of resource requirements in order to match more closely any hardware and software changes throughout the year. Annual MIPS requirements for the next four years are also required. This will enable LITC to project costs and provide forward pricing input to the companies.

*DASD*

DASD is charged to LADC based on allocated devices. Resource requirements by quarter for the first year and annually for the following four years are necessary for LITC planning purposes. Data should be submitted in megabyte requirements.

*Tape*

LITC charges LADC for tape hardware and related support on the basis of number of tape mounts. LITC will provide current utilization and trend data, at the time of request. A quarterly forecast for the first year of the projection period and average annual requirements for the following four years are required. The quarterly forecast should be stated as the projected average monthly number of tape mounts for each quarter of the year.

**HPCC**

The annual HPCC forecast should include: data storage, dedicated wall clock hours, and shared CPU processing requirements for all systems. The LADC forecast should also include memory requirements for any job(s) requiring more than the current LITC maximum memory configuration. LADC is asked to provide this information for each quarter of the next year. This will provide LITC with a quarterly projection of resource requirements in order to match more closely any hardware and software changes throughout the year. LITC HPCC manages its capacity based on the workload commitments from the Lockheed companies requiring HPCC support.

**All Platforms**

*Service Requests*

LADC is asked to provide an annual projection of service requests requiring ten or more hours of labor, custom efforts or significant acceleration of planned activities. This data will be used to assist in determining staffing levels.

*Forecast Adjustments*

Out of cycle forecast adjustments are requested by completing an LITC Service Request form. Please define new resource requirements, the requested effective date, and the reason for the adjustment. Submit the request through the normal LITC Service Request process. Lead time requirements may vary based on the scope of the request.

### 2.6.2 Forecasting Procedures - LITC Extended Operations Requirements

LITC is responsible for all mainframe data processing expenses, corporate wide. To assure that these costs can be properly monitored, an expense forecast is requested from each customer company on an annual basis. This forecasting, which includes remote IBM, HPCC, Tandem, DEC, and Unisys processing requirements, will occur during the month of November. The input includes; expenses, head count, and special computing requirements. This information is used by LITC, to provide corporate expense forecasts and fixed asset requirements for a five year period.

LITC will supply each company a forecasting template, annually. LITC will work closely with each company to develop a technical and financial plan and forecast, designed to meet the operating and financial objectives of the company and LITC. The template will be used for jointly forecasting extended operations expenses and headcount. Additional supporting hardware and software schedules are also required. Forecasts should include a detailed expense projection for the following year, and a summary forecast for the four subsequent years. Sufficient explanation of projections should be included to allow forecasting of capital requirements. A template will also be provided so that each company can forecast remote resource consumption (CPU, DASD, printing, and tape).

During the annual forecasting cycle, LITC will provide an expense forecast for direct charge items that are to be passed through to the customer company. This forecast will include hardware depreciation, hardware maintenance, software amortization, lease, and maintenance expenses that are incurred on LITC's books, but are unique to the customer company.

## 2.7 Service Pricing

### 2.7.1 Standard Services

#### 2.7.1.1 Philosophy

**Overview**

Standard rates are calculated annually, and reviewed throughout the year. Allocated costs include; facility, administrative, customer service, and telecommunication costs. Expenses are budgeted and tracked at a cost pool level. Rates are developed based on forecast usage and budgeted expenses. At year end, any over or under recovery that exceeds 10% of LITC expenses is proportionately allocated to the using companies. Over/under recovery of cost pools within 10% are rolled over into the following year's cost pools.

**IBM/Amdahl**

IBM/Amdahl processing at LITC, Denver is charged to users in three main categories; CPU, DASD, and Tape.

CPU - Processor usage is charged at a *standard rate per MIPS allocated.* MIPS (millions of instructions per second) are an industry standard for processor capacity rating. Each customer is required to forecast and commit to a certain level of MIPS for their MVS and/or VM systems. The

committed-to MIPS level is the basis for determining LPAR (logical partition) or Domain size. This is the MIPS level for which the company is billed, and represents peak processing requirements. Additional MIPS, if available, can be utilized at no additional cost.

DASD - Storage charges are based on a *standard rate per megabyte of DASD allocated* to each company.

Tape - Charges are based on a *standard rate per tape mount*. There is no differentiation between silo and manual mounts, since LITC will make the determination as to where tape data sets reside.

**HPCC**

Cray and Convex cost pools consist of LITC hardware, software, and HPCC labor support. The Cray and Convex computing cost pools are charged out to customers based on negotiated cost sharing of HPCC resources. Negotiated costs include front end and peripheral costs. For HPCC, LADC is guaranteed a committed level of workload processing capacity and may avail themselves of additional uncommitted capacity at no additional cost. Unused resources committed to another company will be liquidated first, and will be billed at the rates specified in section 2.7.1.2 1994 Billing Rates. If LITC recovers its costs from committed levels of usage and capacity remains, it is available at no cost.

**Exception Billing**

Upon evaluation of specific criteria, and with the agreement of all affected companies, LITC may agree to extract resource usage from one company's assigned resources for purposes of billing the end using company. Criteria for such billing includes, but is not limited to, the following:

- Identifiability of the resources to be billed.
- Practicality and obvious benefits for this exception billing.
- Agreement of all affected parties as to resource identification and billing method.

The method employed for exception billing will be the following:

- Determination of resources consumed (historical, over a reasonable time period)
- Translation of the average/trended resources to LITC standard billing units
- Charging of resources to the using company, and crediting of the costs to the company to whom the resources are originally committed will occur at either a fixed amount or based on actual utilization on a monthly basis, depending on the circumstances. If actual resources are used, MIs (millions of instructions) will be the only unit of measure. A standard rate per MI will be calculated annually.

**Alternative Pricing**

As an incentive to reduce overall Lockheed Corporation costs, LITC may price certain processes on a policy priced basis. To qualify for this alternative pricing, which in effect prices the services based on incremental costs incurred by LITC to provide the services, and allows for some absorption of LITC fixed costs over a wider customer base, there must be an absolute savings to the corporation. An example would be CAD/CAM processing. The pricing for such processes would be structured such that the cost to provide services from LITC is less than the cost of continued extended LITC processing. This approach incentivizes the customers to eliminate resources at their sites and improves utilization of resources at LITC, Denver.

## Billing Schedule

*Denver Central Services*

Since MIPS are allocated based on annual forecasts, no monthly determination of utilized MIPS is required for billing purposes. However, the cut-off for determination of allocated DASD and actual tape mounts is midnight on the next-to-last Friday of the fiscal month. This is the 4th Friday of a five week month and the 3rd Friday of a four week month. The cut-off date for direct or pass-through charges is the end of the fiscal month. These are items expensed on LITC's books, but the expense is billed the following month, to the customer company for whom the items were acquired. In the case of capitalized hardware or software, the assets reside on LITC's books, with the depreciation or amortization passed through to the customer company on a monthly basis. Annual prepaid items are passed through to the company, where they handle the expensing of the prepaid amount in a manner consistent with their policies and procedures. Pass-through charges are accumulated on LITC's books in the customer-specific cost centers (8XX).

Resource billing amounts are communicated to each company on the first Tuesday following month-end. LITC accrues processing revenues and Accounts Receivable. The customer company accrues processing expense and related Accounts Payable.

Actual invoices are generated and faxed/mailed to the customer company by the second Friday of the month for resources used during the prior month. A check is issued to LITC by the customer company during the third week of the month.

*Extended Operations*

Each month the customer invoices LITC for extended operations at the site. This invoice will be for the incurred costs for extended operations (IBM, HPCC, DEC, Tandem and/or Unisys) at the site. Typical extended operations billings include hardware, software, floor space, labor support and other operating costs. LADC extended operations billing will include all costs incurred in support of the HPCC Intel Processor(s) and the IBM MVS systems located in Palmdale, California. Due to timing considerations, the current month billing is based on actuals for the prior month.

LITC processes the invoice for payment. LITC also issues an invoice back to the company for the extended operations, less any amounts more appropriately charged to other Lockheed operating companies. No additional overhead burden from LITC is applied. Additional costs may be added to the invoice for items paid for by LITC on behalf of the company (pass-through charges).

Actual invoices are generated and faxed/mailed to the customer company. Checks are issued to the customer company during the third week of the month.

*Dedicated Services & Support*

LITC will invoice the company each month, as costs are incurred by LITC, for services and/or support that is dedicated to the specific operating company. An example would be equipment purchased by LITC and placed at the customer site. Depreciation will be billed to the customer company on a monthly basis. Other types of costs include, but are not limited to, hardware and software maintenance and monthly lease expenses. No LITC overhead burden is applied to these costs. Due to general ledger timing constraints, there may be up to a one-month lag in the billing of these expenses. Supporting documentation, such as a copy of the paid invoice, will be provided.

The LITC Service Request process must be followed for system changes requested by the customer company, and performed by LITC personnel. Companies will be billed for labor associated with company specific changes, under established guidelines. A fixed bid estimate of this cost will be provided, and must be approved by both LITC and the requesting company's management, prior to the commencement of such work. Service requests will be billed on an as-completed basis. Copies of the approved service request forms will be attached for invoicing purposes.

*LITC Denver Personnel Support of Site Processing*

Certain LITC personnel are assigned to support remote operations at the various operating companies. This support could include IBM, DEC, Tandem and/or Unisys processing. This staff is proportionately allocated to the remote operations cost pools based on the level of support that is forecast. Costs in these pools include labor (salaries and fringe), prorated department operating expenses and LITC Administrative and Customer Service costs. Full-time-equivalent (FTE) rates are calculated for each of these pools and allocated back to supporting companies based on the level of support budgeted.

*Unallowable Costs*

Unallowable costs are tracked in separate general ledger accounts at LITC. These expenses are billed to the operating companies proportionate to their Denver central services billings. The separate billing of unallowables, along with any required adjustments to central services billings, occur at year end.

#### 2.7.1.2 1994 Billing Rates and MIPS Forecast for Denver Based Processing

**IBM/Amdahl Processing**

MIPS Forecast - VM - 3.3

CPU - $69,154 per MIPS, per year

DASD - $2.40 per megabyte, per year

TAPE - $1.12 per tape mount

Billable MIs - $0.012 (Exception billing/actual resources)

**HPCC Processing - Denver Processors**

Y-MP4E (4 proc.) $464.00 per Wall Clock Hour

Y-MP4E (3 proc.) $370.00 per Wall Clock Hour

Y-MP4E (2 proc.) $232.00 per Wall Clock Hour

Y-MP8I $270.00 per CPU Hour

#### 2.7.1.3 Billing Reports

LITC issues monthly invoices summarizing resources billed -- MIPS, allocated DASD, tape mounts, and direct charges. A separate invoice is provided for HPCC resources.

LITC provides a monthly data file containing the source data (SMF or VM Account records) for processing that occurs within the assigned LPARs, domains, or guests.

Monthly invoices are provided to the customer Finance organization. Copies of the summarized invoice are also provided to the Site Services Manager.

# 3. International Business Machines (IBM) Environment

## 3.1 Scope of Agreement

Service level commitments are specified in this SLA for the following LITC-supported operating systems and associated subsystems:

LADC - VM
LADC - MVS (Palmdale)

Prime time hours for the VM operating systems for LADC are Monday thru Friday from 6:30 A.M. to 5:30 P.M. Prime time hours for the MVS operating systems located at Palmdale, California are Monday thru Friday 7:00 A.M. to 6:00 P.M.

Processing requirements during holidays are negotiated in accordance with LADC approved holiday schedules. All processing during holidays is coordinated by the LITC Customer Service Center personnel and reflects negotiated requirements of LADC customers.

## 3.2 Resource Consumption Metrics

The following reports will be provided, to the site services manager, on a monthly basis for processing that occurs:

### 3.2.1 CPU Usage

CPU reports will include a table and graphs. The table will contain weekly data points, reported monthly, representing "peak" MIPS utilization for major subsystems. Weekly "peak" hour utilization will be graphed against forecasted MIPS, at the operating system level. A bar/whisker 24 hour utilization plot, for Monday through Friday hourly average utilization, at the operating system level, will also be provided.

### 3.2.2 DASD Usage

A graphical representation of actual DASD used will be plotted against DASD forecasted, and DASD allocated. The graph will be produced at the operating system level. Data points are based on a billing month-end snapshot.

### 3.2.3 Tape Mounts

A table representing actual monthly tape mounts versus forecasted tape mounts will be prepared and will include the percentage of actual tape mounts to forecasted mounts. A report of the top 10 heavy tape mount jobs, by job name, will also be provided.

## 3.3 Service Metrics - IBM

### 3.3.1 Measurement Methods and Tools

- LITC utilizes specific methods and tools to measure:
  - Availability
  - Response Time
  - Batch Management
  - Problem Management and Call Metrics
  - Service Requests.
- LITC will be responsible for the creation of monthly service level reports. LITC will provide the software system support to enable LADC to generate the data. LADC will gather the necessary MVS and HPCC data and forward the information to the LITC Service Level Analyst.
- Monthly service level reports will be generated for Denver and Palmdale processing. Service level reports will be forwarded to the LADC Site Manager for distribution.
- A report card is created each month to measure LITC service level performance against service level targets established in this agreement. The report card shall indicate a pass or fail status for each category.
- Availability and response time measurements are subsystem dependent and may not be applicable to all subsystems in your environment.

#### 3.3.1.1 Availability

Percent availability is defined as the percentage of time that an environment is available for customer use within the total possible hours of availability. LITC tracks percent availability as a measurement to continuously improve customer service. Percent availability components for MVS and VM are measured and reported at the logical partition (LPAR), domain, guest, subsystem, and network levels. Weekly data are compiled and monthly charts produced showing percent availability for environments addressed in this agreement. The charts plot the service level commitments, availability during prime time hours, and availability during scheduled hours.

**LPAR, Domain, Guest, or Subsystem Availability**

Availability for prime time is calculated as follows:

$$\text{Percent availability} = \frac{\text{Prime time (PT) hours - (PT planned outages + PT unplanned outages)}}{\text{Prime time hours}}$$

Availability for scheduled hours is calculated as follows:

$$\text{Percent availability} = \frac{\text{Scheduled Hours (SH) - (SH planned outages + SH unplannned outages)}}{\text{Scheduled hours}}$$

LPAR, domain, guest, or subsystem outages are defined as:

- any action requiring an IPL or subsystem restart
- key hardware component failures
- stand-alone system time required to perform testing or maintenance.

Planned outages are events coordinated and scheduled in advance. Unplanned outages are unscheduled and unpredictable.

The prime time availability commitment for LPAR, guest, and subsystem availability is 99.5%.

The scheduled hours availability commitment for LPAR, guest, and subsystem availability is 97%.

**Network Availability**

Network availability is reported in both a graphical and tabular format that reflects true network availability and assesses the impact of network outages based on lost user hours. For purposes of this report, an outage is considered, a loss of connectivity in a component that is defined as part of the Wide Area Network (WAN). Failure of a local networking component such as a terminal, terminal controller, PC gateway, or local area network would not be recorded in the availability statistics, but would be reported and monitored through the problem management system.

Network availability reports extrapolate data from monitored workloads and users accessing the LADC systems. Network availability reports are generated at the company level. Statistics will be reported for prime time hours and non-prime time hours and will differentiate between planned and unplanned outages.

A connectivity matrix will be produced, for each company, which will indicate the average number of users who would be affected when a specific network component fails. Impact of the network outage will be calculated as follows:

$$\text{Network availability} = \frac{\text{Total User Hours (PT or Non-PT)} - \text{Lost Users Hours}}{\text{Total User Hours (PT or Non-PT)}}$$

Lost User Hours = duration of outage x the average number of users

Total User Hours Prime Time (PT) = number of prime time hours per day x number of days per month x average number of prime time users per hour

Total User Hours Non-prime Time (Non-PT) = number of non-prime time hours per day x number of days per month x average number of non-prime time users per hour

The prime time availability commitment is 99.5%.

The non-prime time availability commitment is 97%.

### 3.3.1.2 Response Time

In the event that LADC I/S or customer's perception of response time is unsatisfactory, LITC will aggressively pursue and resolve problems by committing to monitoring and tracking performance until satisfactory service levels are restored.

#### System Response Time

Standard response time monitoring of the LADC VM and MVS mainframe systems and subsystems response time is performed with a tool called NETSPY. Environments that are not monitored are identified in the detail sections for that system or subsystem. Data are collected on a daily basis, plotted weekly and reported monthly for environments addressed in this agreement. The charts include 90th and 50th percentile data.

Response time measurements for the MVS environment will be implemented by LITC following the authorization of access for LITC personnel.

#### Network Response Time

Network NETSPY 90th and 50th percentiles response times are used to calculate performance indices representing the overall responsiveness of each specific network. On a daily basis, the 90th and 50th percentile network response times are measured for each subsystem or guest. The 90th and 50th percentile figures are multiplied by the corresponding number of transactions, the results are added together and then divided by the total number of transactions. This number is collected on a daily basis, plotted weekly and reported monthly providing network response time indicators for environments addressed in this agreement.

The network 90th percentile response time commitment is 2.77 seconds.

The network 50th percentile response time commitment is 1.17 seconds.

### 3.3.1.3 Batch Management

Batch management metrics do not apply to the LADC VM environment.

LADC MVS batch metrics will be created on a monthly basis. These metrics include the percentage of jobs completed without incident, the number of jobs submitted, number of abends, number of reruns, and number of change notices processed for the current month, rolling twelve months, and year-to-date.

Percentage of jobs completed without incident is calculated as follows:

$$\frac{\text{Number of jobs submitted - number of abends}}{\text{Number of jobs submitted}}$$

Data will be monitored and reported monthly.

### 3.3.1.4 Problem Management and Call Metrics

Problems are classified and prioritized according to severity (1 through 4), assigned to technical support personnel for resolution, and entered into the LITC online database. Problem management reports track resolution status for all problems reported to the LITC Customer Service Center. The reports are used to compare actual problem recovery times to service level commitments.

Metrics include:
The number of problems opened this month, the number of problems resolved this month, the number of problems resolved within the committed recovery time and the 95th percentile recovery time, for each problem severity.

Additional metrics for call management and problem reporting include:
The total problem records opened this month, total problem records closed this month, number of carryover problems from the previous month, current backlog of problems, number of calls received

by the Customer Service Center and number of calls resolved while the customer is on the telephone.

Reports contain data for the current month, rolling twelve months, and a year-to-date total.

**Note:** MVS batch processing problems are reflected in the Batch Management reports and are not included in the Problem Management metrics.

Target service levels for problem recovery by severity are:

Severity 1 - within 2 hours
Severity 2 - within 4 hours
Severity 3 - within 7 days
Severity 4 - within 14 days

#### 3.3.1.5 Customer Satisfaction

LITC, with support of the LADC I/S management, will survey and assess customer satisfaction using an automated online survey relating service levels provided to service level objectives established in this agreement.

Long-term customer satisfaction is measured by comparing current and past survey results. The I/S commitment is to:

Maintain or improve the overall score for LADC VM customer satisfaction (4.25) during 1994.

Maintain or improve the overall score for LADC MVS customer satisfaction (TBD) during 1994.