## 3.4 VM Systems

The following paragraphs specify LITC service level objectives for the LADC VM operating system.

- LADC (CMS)

### 3.4.1 LADC CMS

The following paragraphs specify LITC service level objectives for LADC CMS and associated categories for products and utilities:

- Operating System & Support Subsystems
- Network Access and Print Services
- Office Automation
- DBMSs and 4GLs
- Text Processing
- Program Development Services
- Decision Support Services and Graphics

**Hours of Availability**

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as described in Section 2.5.1.3.

**Response Time**

Standard response time monitoring is performed. See section 3.3.1.2 for details.

The 90th percentile response time commitment is 1.34 seconds.

The 50th percentile response time commitment is 0.37 seconds.

**Batch Schedules**

Batch processing requirements are supported by VMSCHEDULE which does not require intervention by LITC PS&C personnel.

**Critical LADC CMS Components**

LITC plans to monitor and report on the service level objectives established for LADC CMS as defined in this document. Currently, LADC CMS associated categories for products and utilities have critical services components that do not have service level measurement and reporting mechanisms in place.

LITC understands and recognizes in order to maintain satisfactory service levels for the LADC customer community, at times will require service commitments beyond the level of LADC CMS. In the event that LADC I/S or customer's perception of system performance is unsatisfactory, LITC plans to aggressively pursue and resolve problems associated with the lower level critical services and components by committing to monitoring and tracking the reliability of the affected components until satisfactory service levels are restored. The following are examples of LADC CMS critical services and components:

<u>LADC CMS (Operating System & Support Subsystems)</u>:

- VM/HPO, ASSEMBLER, EREP, DSF, VSE/VSAM, VMBACKUP, VMSCHED, VMOPERATOR, Performance Monitoring Utilities, Tape Monitoring Utilities (TDISK).

LADC CMS (Network Access and Print Services):

- Access Methods (e.g. ACF/VTAM), Intersystem Interfaces (e.g. RSCS, BDT, etc.).

LADC CMS (Office Automation):

- Office Vision (e.g. Document Processing, Note Processing, Calendar processing, PH, LIM,etc.).

LADC CMS (DBMSs and 4GLs):

- Database Storage Structures and Access Languages (e.g. NOMAD, SYSTEMW, etc.).

LADC CMS (Text & Word Processing):

- Text Processing (e.g. DCF Script, etc.), Word Processing (e.g. DW/370), etc.).

LADC CMS (Program Development Services):

- ISPF, PASF, Compilers (e.g. REXX, etc.).

LADC CMS (Decision Support Services and Graphics):

- Graphics Software (e.g. GDDM, etc.), ESS.

## 3.5 MVS Systems (Palmdale)

The following paragraphs specify LITC service level objectives for the LADC MVS operating system located in Palmdale, California.

The MVS operating environment is managed by LADC personnel with support provided by LITC. Systems software and WAN telecommunications responsibility is managed remotely from the LITC, Denver facility. The LADC local telecommunications environment remains the responsibility of LADC personnel. Operational responsibility resides at the LADC, Palmdale location and is under management of LADC with support from LITC extended personnel.

All service level commitments addressed in this SLA apply to both the LADC classified and unclassified processing environments.

### 3.5.1 LADC (MVS/XA) - Systems B and C

The following paragraphs specify LITC service level commitments for the LADC (MVS/XA) operating system B and C and associated applications.

**Hours of Availability**

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance schedules as specified in Section 2.5.1.3.

**Batch Schedules**

Batch processing requirements for LADC customers are supported by negotiated schedules. Batch processing is managed by LADC Operations personnel and initiated and tracked by an automated scheduling system. If special, user-requested batch processing is required, the activity is negotiated between authorized LADC representatives and scheduled with LADC Operations personnel.

### 3.5.2 CICS Subsystem - System B

The following paragraphs specify LITC service level commitments for the System B - Production CICS subsystem running under LADC.

**Hours of Availability**

Scheduled hours of availability are:

| | |
|---|---|
| Monday through Friday | 7:00 A.M. to 6:00 P.M. |
| Saturday | 7:00 A.M. to 3:30 P.M. |

**Response Time**

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### 3.5.3 TSO System - System B

The following paragraphs specify LITC service level commitments for the System B - TSO subsystem running under LADC.

**Hours of Availability**

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

**Response Time**

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### 3.5.4 IMS Subsystem - System B

The following paragraphs specify LITC service level commitments for the System B - Production IMS subsystem running under LADC.

**Hours of Availability**

Scheduled hours of availability are:

| | |
|---|---|
| Monday through Friday | 7:00 A.M. to 10:00 P.M. |
| Saturday | 7:00 A.M. to 12:30 P.M. |

**Response Time**

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### 3.5.5 DB2 Subsystem - System B

The following paragraphs specify LITC service level commitments for the System B - Production DB2 subsystem running under LADC.

**Hours of Availability**

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

**Response Time**

No response time monitoring is performed.

### 3.5.9 DB2 Subsystem - System C

The following paragraphs specify LITC service level commitments for the System C - Production DB2 subsystem running under LADC.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

No response time monitoring is performed.

# 4. HPCC

## 4.1 Scope of Agreement

Service level commitments are specified in this SLA for the following processors and operating systems:

- Intel Processor(s) - located in Palmdale, California

The Intel processors are currently supported by LADC personnel. LADC and LITC will jointly monitor the Intel workloads. The SLA will be modified to reflect changes in support requirements or responsibilities, based on the results of this monitoring.

**Notes:**

- LADC has no work forecasted for the LITC, Denver HPCC Processors in 1994.

## 4.2 Service Metrics

### 4.2.1 Measurement Methods and Tools

LITC utilizes specific methods and tools to measure:

- Intel Availability - Processor Hours
- Availability - Network - see Network Availability (Section 3.3.1.1)
- Problem Management and Call Metrics
- Customer Satisfaction

Intel availability is measured at the processor level.

A report card is created each month to measure I/S service level performance against service level targets established in this agreement. The report card indicates a pass or fail status for each commitment.

Monthly service level reports are generated and forwarded to the LADC Site Services Manager for distribution.

#### 4.2.1.1 Intel Availability

Percent availability is defined as the percentage of time that an environment is available for customer use with the total possible hours of availability. LITC tracks percent availability as a measurement to continuously improve customer service. LITC will monitor and report Intel availability at the processor level.

Processor availability is calculated as follows:

$$\text{Processor Availability} = \frac{\text{Total hours} - (\text{planned} + \text{unplanned outages})}{\text{Total hours}}$$

Total hours = 24 x 7 = 168 hours per week

Planned outages are events coordinated and scheduled in advance. Unplanned outages are unscheduled and unpredictable. Note: Switch over time will be considered a planned outage. Outages caused by LADC problems that are out of scope of this agreement are not included in the availability objective.

The Intel Processor Availability commitment is (TBD)

Network Availability - Monitored and reported at the Company level (See Section 3.3.1.1 for details)

#### 4.2.1.2 System Performance

Network response - End to end customer perceived response must be such that there is no noticeable delay between a key stroke and its appearance on the screen.

#### 4.2.1.3 Batch Turnaround

Batch turnaround monitoring for the Intel Processor(s) remains the responsibility of LADC personnel.

#### 4.2.1.4 Workload Prioritization

Batch and interactive workload prioritization remains the responsibility of LADC.

#### 4.2.1.5 Problem Management and Call Metrics

Problem Management and Call Metrics are tracked at the company level. Please refer to section 3.3.1.4 for details.

#### 4.2.1.6 Customer Satisfaction

LITC, with support of the customer I/S management, will survey and assess customer satisfaction using an automated online survey relating service levels provided to service level commitments established in this agreement. Advance notification will be provided and customer company concurrence obtained prior to conducting the survey.

Long-term customer satisfaction is measured by comparing current and past survey results. The I/S commitment is to:

Maintain or improve the overall score for LADC HPCC customer satisfaction (3.93) during 1994.

## 4.3 HPCC Systems

### 4.3.1 Dedicated processing commitments - LITC Denver processors

LADC is charged for resource commitments on the Cray processors located in Denver. Continual effort will be made to reduce the HPCC costs and thus the LADC commitment.

### 4.3.2 Intel Processor(s) - located in Palmdale, California

The following paragraphs specify LITC service level commitments for the Intel processor(s) located in Palmdale, California.

**Hours of Availability**

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance windows specified in Paragraph 2.5.1.3.

**Batch Schedules**

LADC is responsible for batch scheduling requirements.

# GLOSSARY

## C

**Classified Environment -** A term used to define the LADC classified mainframe computer environment.

**CMS** - Conversational Monitor System.

**Conversational Monitor System (CMS)** - A virtual machine operating system providing general interactive time sharing, problem solving, and program development capabilities. Operates under the control of the IBM VM operating system.

**CPU** - Central Processing Unit - That part of a computer comprised of circuits that control the interpretation and execution of instructions.

**Cray** - A supercomputer vendor - CRAY Research.

**CSC** - Customer Service Center - Lockheed acronym for the user help desk.

## D

**DASD** - Direct Access Storage Device - Hardware component that provides storage for and access to mainframe-based data and applications.

**Disaster Recovery** - Execution of the disaster plan in the event of a major disruption to computer center or network operations.

**DISK** - A hardware component that provides storage for and access to mainframe-based data and applications.

**DOU** - Document of understanding.

## E

**E-Mail** - Electronic Mail.

**End User** - The user of information technology hardware, software, networks, or other services.

## H

**Help Desk** - Same as User Help Desk.

**HPCC** - High-Performance and Classified Computing - Specialized computing performed on CONVEX, CRAY, and VAX systems.

## I

**IBM** - International Business Machines Corporation, located in Armonk, New York.

**I/M** - Information Management

**Initial Program Load** - The process by which a configuration image is loaded into storage at the beginning of a workday or after a system failure.

**IPL** - Initial program load

**I/S** - Information Services - Lockheed organizations that provide computer systems, networks, and support services for users.

## L

**LADC** - Lockheed Advanced Development Company located in Palmdale, California.

**LADC CMS** - System 82 - is a multi-service VM processing region designed to support the OfficeVision environment for LADC. This environment is currently shared with CORLAC.

**LITC** - Lockheed Information Technology Company - The Lockheed subsidiary corporation, located in Denver, Colorado, that provides centralized I/S services.

**LPAR** - Logical Partition

## M

**MIPS** - Millions of instructions per second. A unit of measure of processing performance equal to one million instructions per second.

## N

**NETSPY** - A Legent Corporation response time measurement tool for SNA environments.

## O

**OV** - OfficeVision

## P

**PF** - Programmable Function - Keys on a data entry keyboard that are programmed as macros to perform one or more functions.

**PROFS** - Professional Office System.

## S

**Service Request** - Service Request forms are used to initiate, and track actions requested of any LITC group in support of but not limited to; software, hardware or telecommunication installations or upgrades, or I/S acquisitions.

**SLA** - Service Level Agreement

**SMC** - Systems Management Controls

**SNA** - System Network Architecture.

## T

**TBD** - To Be Determined

## U

**Unclassified Environment**- A term used to define the LADC unclassified mainframe computer environment.

**User Help Desk** - An I/S function which receives trouble and information requests from users and attempts resolution. If unable to resolve during the initial call, the user help desk documents the problem, forwards to the appropriate technical personnel, and tracks and reports status through problem resolution.

**UserID** - User Identification - A computer identification for users, that when entered in conjunction with a password, allows a user to log onto a computer systems.

## V

**VM** - Virtual Machine - An IBM-developed and licensed operating system for computers based upon System/370/390 architecture. The role of the VM based systems is to provide a robust environment with tools and services for customers to perform their own production and ad-hoc computing activities.

**VTAM** - Virtual Telecommunications Access Method

## Y

**Y-MP** A supercomputer developed by CRAY Research.