# SERVICE LEVEL AGREEMENT
# FOR
# LASC

January 1994
through
December, 1994

Approved by:

| Name | Date Signed |
| --- | --- |
| G. M. Haase | Feb. 18, 1994 |
| G. Haase - LASC Finance | |

Table of Contents

1. Introduction to Service Level Agreements ........ 1
1.1 Service Level Agreement (SLA) Structure ........ 1
1.2 SLA Content ........ 1
2. Service Level Agreement ........ 2
2.1 Terms of the Agreement ........ 2
2.1.1 Effective date ........ 2
2.1.2 Duration ........ 2
2.1.3 Revisions ........ 2
2.2 Delineation of Responsibilities ........ 2
2.2.1 LITC Responsibilities ........ 2
2.2.2 Customer Responsibilities ........ 2
2.2.3 Shared Responsibilities ........ 3
2.3 LITC Procedures Documents ........ 3
2.4 Documents of Understanding ........ 3
2.5 LITC Service Offerings ........ 4
2.5.1 Standard Service ........ 4
2.5.1.1 Disaster Recovery ........ 4
2.5.1.2 Service Coordination Meetings ........ 4
2.5.1.3 System Maintenance ........ 4
2.5.1.4 LINKS Software ........ 5
2.5.1.5 Auditable Service ........ 5
2.5.1.6 Operational Features ........ 5
2.5.1.6.1 24 x 7 Coverage ........ 5
2.5.1.6.2 UPS / Redundant mechanical systems ........ 5
2.5.1.6.3 Physical Security ........ 5
2.5.2 Additional Services ........ 5
2.5.2.1 Customer Service Center ........ 5
2.5.2.2 Service Request Management ........ 5
2.5.2.3 Problem Management ........ 5
2.5.2.4 Change Management ........ 6
2.5.2.5 Configuration Management ........ 6
2.5.2.6 Network ........ 6
2.5.3 Custom Services ........ 6
2.6 Resource Utilization Forecasts ........ 6
2.6.1 Forecasting Procedures - Denver Based Processing Requirements ........ 6
2.6.2 Forecasting Procedures - LITC Extended Operations Requirements ........ 7
2.7 Service Pricing ........ 8

3.5.1 LG3 (VM/SP HPO) ..... 24
Appendix A ..... 27
GLOSSARY ..... 28

# 1. Introduction to Service Level Agreements

## 1.1 Service Level Agreement (SLA) Structure

The SLA is organized with separate sections for each of the following areas:

- Common elements - information that is pertinent to all computing environments
- IBM Environment - information that is specific to the IBM/Amdahl computing environment
- Appendix A - Documents of Understanding (DOUs)
- Glossary

The following sections will be completed at a later date

- HPCC Environment - information that is specific to the HPCC platforms
- Tandem Environment - information that is specific to the Tandem computing environment
- Digital Equipment Corporation (DEC) Environment - information that is specific to the DEC platform
- Unisys Environment - information that is specific to the Unisys environment

## 1.2 SLA Content

Only SLA sections that are pertinent to the LASC processing environment will be included in the Service Level Agreement for LASC.

As a section is finalized, signatures will be obtained from both LASC and LITC. A section that is incomplete or still in negotiation will not delay signature of sections that have been finalized.

All time references in this document are expressed in Eastern time (standard or daylight savings time, whichever is applicable).

Nothing in this document is intended to supersede existing LITC and/or LASC Management Polices and Procedures.

Information concerning philosophies or procedures for any area covered by a DOU are not addressed in the SLA. Please refer to the appropriate DOU for this information.

Detailed procedures for Change Management, Problem Management, and Service Request Management are located in the latest LITC procedures manuals. Copies are available through the LASC Site Services Manager or procedures established by LASC.

# 2. Service Level Agreement

## 2.1 Terms of the Agreement

### 2.1.1 Effective date

The effective date of this agreement is the period beginning January 1, 1994 through December 31, 1994.

### 2.1.2 Duration

The duration of this agreement is one year. A review of service levels and pricing stated in this agreement will be conducted if:

- Major changes are made to operating systems, environments, or applications
- Either LASC or LITC determines that it is advisable to do so.

### 2.1.3 Revisions

A change to a Service level Agreement (SLA) or Document Of Understanding (DOU) is requested using an LITC Service Request Form. The change will be negotiated among the LITC Service Level Management Coordinator, LASC Site Services Manager or designee, and the appropriate management personnel from both locations. The negotiated change is an addendum to the SLA until such time as the SLA and/or DOU is permanently updated. Both companies agree to negotiate in good faith in an attempt to adjust the agreement to meet current needs.

## 2.2 Delineation of Responsibilities

### 2.2.1 LITC Responsibilities

LITC responsibilities include:

- Ensuring all service level commitments are met or exceeded
- Ensuring LITC resources required to support this agreement are available
- Ensuring all service level measurement tools are functional
- Ensuring all required reports are provided
- Providing meaningful resource utilization reporting
- Developing, in conjunction with LASC, documents of understanding between customer I/S organizations and LITC technical groups
- Notifying LASC of pending changes to the LITC computing environment
- Ensuring that software tools and access are available to LASC personnel to facilitate on-going application monitoring, analysis, and optimization efforts
- Providing adequate disaster recovery capabilities to ensure minimum business interruption exposure
- Keeping appropriate LASC personnel and management apprised of actions that are planned and/or in process to correct deviations from agreed to service level commitments.

### 2.2.2 Customer Responsibilities

LASC responsibilities include:

- Ensuring LASC resources required to support this agreement are available
- Accurately identifying service level requirements
- Providing workload requirements
- Providing key points-of-contact for change or outage notification
- Ensuring compliance with LITC policies and procedures outlined in section 2.3 of the SLA
- Developing, in conjunction with LITC, documents of understanding between customer I/S organizations and LITC technical groups
- Notifying users of LASC systems of changes affecting major subsystems or components
- Ensuring LASC disaster recovery readiness through the creation of a business recovery plan and participation in disaster recovery exercises, as required
- Notifying LITC of system or environmental changes affecting major subsystems or components.

### 2.2.3 Shared Responsibilities

- LITC commits to work with LASC to identify cost reduction opportunities.
- LITC and LASC will jointly pursue opportunities to improve operating procedures and relationships.
- LITC and LASC will work together to improve prime shift system availability.

## 2.3 LITC Procedures Documents

In an effort to prevent disruption of service and to ensure delivery of service levels agreed to in this document, LITC, LASC, and LITC Extended Personnel will utilize the following LITC procedures to manage all components that interface with the LITC environment:

#### Change Management

Implementations of changes to any component of the LASC environment that interfaces with or is managed by LITC are performed in accordance with established LITC change management policies and procedures. Refer to the *Procedure Document for Change Management* for additional information.

Applications modification responsibility rests with LASC, however, any change that may effect the LITC system service, including availability and performance, must be coordinated with the appropriate LITC personnel.

#### Problem Management

Problems affecting components managed by, interfacing with, or located at LITC are resolved in accordance with established recovery time commitments. LITC uses an online problem reporting system to document problems, communicate status, and track problem resolution times. Refer to *Procedure Document for Problem Management* for additional information.

#### Service Request Management

LITC Service Requests are used to initiate and track actions requested of any LITC group in support of but not limited to; software, hardware or telecommunication installations or upgrades, or I/S acquisitions. Customers should submit authorized service requests to LITC through their Site Services Manager. Refer to the *Procedure Document for Service Request Processing* for additional information. During this agreement the cost for work requested of LITC will be based on the following guidelines:

- Charges will be applied to requests for custom efforts requiring ten or more hours of labor.
- Charges will be applied to offset costs associated with significant accelerations of standard efforts.
- Labor costs will be billed at a rate of $53 per hour.

## 2.4 Documents of Understanding

Documents of Understanding (DOUs) are established to clearly define specific responsibilities between the I/S organizations at LITC, and the customer location(s), in support of the service level agreement. DOUs are created to ensure that all parties are in agreement and have a clear understanding of their responsibilities. DOU modifications may be required due to changes in the processing environment or scope of responsibilities. The DOUs will be reviewed on an annual basis.

The following Documents of Understanding exist between LASC and LITC

- LITC Customer Service Center
- Telecommunications and Network Services
- Software Management
- Security Support
- Production Scheduling and Control
- Systems Storage Management
- LITC Configuration Management
- Computer Operations Support
- Database and Transaction Processing Systems

Copies of the DOUs are located in Appendix A.

## 2.5 LITC Service Offerings

### 2.5.1 Standard Service

#### 2.5.1.1 Disaster Recovery

LITC is responsible for the creation, maintenance, and testing of a formal data center Disaster Recovery Plan (DRP). LASC is responsible for providing the necessary business requirements to facilitate this effort. The DRP will include information concerning re-establishment of telecommunications, recovery of data center hardware, operating systems, subsystems, and restoration of customer data, as defined by LASC. LASC retains responsibility to ensure that formal business recovery plans are developed, maintained, and tested. A copy of each business recovery plan must be forwarded to the LITC Disaster Recovery Coordinator for review. The availability of this plan will ensure that LITC has adequate knowledge of customer business requirements that may impact the data center DRP and recovery procedures. The LASC Site Services Manager is responsible to ensure the concerns are properly addressed and resolved to the satisfaction of all parties.

Exercise (testing) requirements should be forwarded to the LITC Disaster Recovery Coordinator for review and approval. LITC will establish an exercise date and time. Prior to the exercise, LASC will develop a test plan to provide adequate testing of LITC's pre-defined criteria. The test plan must be reviewed by LITC prior to the testing date. The LITC Disaster Recovery Coordinator will be present at each exercise to ensure the exercise process is thoroughly documented and all corrective actions are noted and resolved. The LITC Disaster Recovery Coordinator will develop and forward a summary of the exercise to the appropriate LITC and customer management.

#### 2.5.1.2 Service Coordination Meetings

LITC conducts regularly scheduled service coordination meetings with each customer company. The objectives of the meeting are to communicate significant LITC activities and strategies, conduct dialog on customer plans and activities that might relate to or impact LITC, and provide a forum for capture, tracking, and reporting on mutual issues and problems.

#### 2.5.1.3 System Maintenance

LITC intends to schedule maintenance activities during times that are acceptable to LASC. Maintenance actions are required for technical support personnel to perform modifications or upgrades to facility, hardware, software, and network components. Applications may or may not be available for use during scheduled maintenance activities.

LITC will attempt to schedule maintenance activities impacting availability during the following hours:

MVS: Sunday evening between 6:00 P.M. and 12:00 A.M.

VM: Sunday evening between 6:00 P.M. and 12:00 A.M.

HPCC: Sunday between 10:00 A.M. and 6:00 P.M.

Maintenance activities that do not impact availability are scheduled on an event-driven basis. The LASC Site Change Coordinator receives advance notification of any scheduled outages such that activities can be communicated and coordinated with the LASC customer community. LITC and LASC jointly coordinate scheduled maintenance actions to minimize impact to committed workloads.

##### 2.5.1.4 LINKS Software

Library Network System (LINKS) is a corporate wide VM system providing an online technical library. In order to reduce costs and facilitate information sharing, LINKS is located in Denver and access is available to each Lockheed company. Maintenance of the LINKS product is contracted through LMSC with administrative cognizance residing at Corlac.

##### 2.5.1.5 Auditable Service

LITC services are fully auditable in nature. In the event of an I/S cost audit either internally or from an external government agency, any issues or questions arising regarding LITC related costs should be referred to LITC through the appropriate jurisdictional regional agencies. LITC is routinely audited both internally and by government agencies for I/S operations, ADPE, and cost. All audit results will be made available to customer companies, as required.

##### 2.5.1.6 Operational Features

###### 2.5.1.6.1 24 x 7 Coverage

LITC operates 24 hours a day, 7 days a week. Any variance to this schedule will be negotiated with the LITC customer community.

###### 2.5.1.6.2 UPS / Redundant mechanical systems

LITC electrical systems powering computer rooms A, B, and C (non-HPCC computers and peripherals) are supported by battery backup and automatic transfer to diesel generator power, in the event city power is interrupted. Backup diesel generator fuel is maintained in underground storage tanks on the LITC premises. Computer room D (HPCC) provides short-term battery backup, to allow for orderly shutdown of the processors and associated peripherals when a power interruption occurs. There is no backup generator capability for computer room D.

###### 2.5.1.6.3 Physical Security

Physical security provided for LITC includes; a fenced perimeter, security cameras inside and out, and on-site security guards. Access through the two property entrances, is controlled by card keyed gates, and security cameras which are monitored by the main security office, 24 hours a day, 7 days a week.

#### 2.5.2 Additional Services

The philosophies and policies relating to the following standard services are available in the document identified in each section.

##### 2.5.2.1 Customer Service Center

Refer to the *Document of Understanding for the LITC Customer Service Center* (Appendix A - D1).

##### 2.5.2.2 Service Request Management

Refer to the *Procedure Document for Service Request Processing.*

##### 2.5.2.3 Problem Management

Refer to the *Procedure Document for Problem Management.*

#### 2.5.2.4 Change Management

Refer to the *Procedure Document for Change Management.*

#### 2.5.2.5 Configuration Management

Refer to the *Document of Understanding for Configuration Management* (Appendix A - D7).

#### 2.5.2.6 Network

Refer to the *Document of Understanding for Telecommunications and Network Services* (Appendix A - D2).

### 2.5.3 Custom Services

At times, customers may require services that are outside the definition of LITC Standard Service Offerings. These services might include items such as; customized billing support, unique service metrics, LITC management of a function that is normally considered the customer's responsibility, or customized service level or performance reporting. LITC has defined these types of requirements as custom services. Custom services are requested through the LITC Service Request Process. Depending on the costs associated with implementation and the scope of the service, custom services may or may not incur additional costs.

## 2.6 Resource Utilization Forecasts

### 2.6.1 Forecasting Procedures - Denver Based Processing Requirements

LITC requests a resource utilization forecast for processing done at LITC Denver on an annual basis from the Lockheed companies it services. The forecast request is sent to the I/S Director of each customer company the first week in July and should be returned to LITC Finance by the first week in August. The purpose of the forecast is to provide the basis for which LITC will budget hardware, software, labor, and related expenses for the following year. The cost base and resource requirements developed from this forecast are used to develop preliminary pricing for the next budget cycle and forward pricing for an additional four years. The following data is required:

**IBM/Amdahl Platforms**

*MIPS*

LASC is required to provide a forecast of MIPS requirements for the five year period. LITC will provide current resource utilization and trend data, at the time of request. LASC is asked to provide MIPS requirements for each quarter of the next year. This will provide LITC with a quarterly projection of resource requirements in order to match more closely any hardware and software changes throughout the year. Annual MIPS requirements for the next four years are also required. This will enable LITC to project costs and provide forward pricing input to the companies.

*DASD*

DASD is charged to LASC based on allocated devices. Resource requirements by quarter for the first year and annually for the following four years are necessary for LITC planning purposes. Data should be submitted in megabyte requirements.

*Tape*

LITC charges LASC for tape hardware and related support on the basis of number of tape mounts. LITC will provide current utilization and trend data, at the time of request. A quarterly forecast for the first year of the projection period and average annual requirements for the following four years are required. The quarterly forecast should be stated as the projected average monthly number of tape mounts for each quarter of the year.

HPCC Platforms

The annual HPCC forecast should include; memory requirements on a per job basis, disk storage, dedicated wall clock hours, and shared CPU processing requirements. LITC HPCC manages its capacity based on the workload commitments from the Lockheed companies requiring HPCC support.

All Platforms

*Service Requests*

LASC is asked to provide an annual projection of service requests requiring ten or more hours of labor, custom efforts or significant acceleration of planned activities. This data will be used to assist in determining staffing levels.

Out of cycle forecast adjustments are requested by completing an LITC Service Request form. Define the new resource requirements, the requested effective date, and the reason for the adjustment. The request should be submitted through the normal LITC Service Request process. Lead time requirements may vary based on the scope of the request.

### 2.6.2 Forecasting Procedures - LITC Extended Operations Requirements

LITC is responsible for all mainframe associated data processing expenses, corporation wide. To assure that these costs can be properly monitored, an expense forecast is requested from each customer company on an annual basis. This forecasting, which includes remote IBM, HPCC, Tandem, DEC, and Unisys processing requirements, will occur during the month of November. The input includes; expenses, head count, and special computing requirements. This information is used by LITC to provide corporate expense forecasts and fixed asset requirements for a five year period.

LITC will supply each company a forecasting template annually. LITC will work closely with each company to develop a technical and financial plan and forecast, designed to meet the operating and financial objectives of the company and LITC. The template will be used for jointly forecasting extended operations expenses and headcount. Additional supporting hardware and software schedules are also required. Forecasts should include a detailed expense projection for the following year, and a summary forecast for the four subsequent years. Sufficient explanation of projections should be included to allow forecasting of capital requirements. A template will also be provided so that each company can forecast remote resource consumption (CPU, DASD, printing, and tape).

During the annual forecasting cycle, LITC will provide an expense forecast for direct charge items that are to be passed through to the customer company. This forecast will include hardware depreciation, hardware maintenance, software amortization, lease, and maintenance expenses that are incurred on LITC's books, but are unique to the customer company.