## 2.7 Service Pricing

### 2.7.1 Standard Services

#### 2.7.1.1 Philosophy

Overview

Standard rates are calculated annually, and reviewed throughout the year. Expenses are budgeted and tracked at a cost pool level. Rates are developed based on forecast usage and budgeted expenses. At year end, any over or under recovery that exceeds 10% of LITC expenses is proportionately allocated to the using companies. Over/under recovery of cost pools within 10% are rolled over into the following year's cost pools.

IBM/Amdahl Platform

IBM/Amdahl processing at LITC Denver is charged to users in three main categories; CPU, DASD, and Tape.

CPU - Processor usage is charged at a *standard rate per MIPS allocated.* MIPS (millions of instructions per second) are an industry standard for processor capacity rating. Each customer is required to forecast and commit to a certain level of MIPS for their MVS and/or VM systems. The committed-to MIPS level is the basis for determining LPAR (logical partition) or Domain size. This is the MIPS level for which the company is billed, and represents peak processing requirements. Additional MIPS, if available, can be utilized at no additional cost.

DASD - Storage charges are based on a *standard rate per megabyte of DASD allocated* to each company.

Tape - Charges are based on a *standard rate per tape mount.* There is no differentiation between silo and manual mounts, since LITC will make the determination as to where tape data sets reside.

HPCC Platform

Cray and Convex cost pools consist of LITC hardware, software, and HPCC labor support. Allocated costs include; facility, administrative, customer service, and telecommunication costs. The Cray and Convex computing cost pools are charged out to customers based on commitments for wall clock hours of utilization for dedicated and classified processing. Shared resource utilization is charged out based on commitments for shared CPU hours. Both the wall clock hours and CPU hour rates include front end and peripheral costs. The companies are guaranteed committed levels of workload processing capacity and may avail themselves of uncommitted, available capacity at no cost.

Chargeback System Responsibilities

LITC will not utilize a formal resource chargeback system for purposes of billing computing resources on a detailed job or ID usage basis. However, certain software tools are utilized by LITC for determining DASD allocation and tape mounts. MIPS are charged out based on the forecast/committed level.

LITC will bill the company who is the "owner" of the LPAR, Domain, or Guest for the assigned MIPS, the allocated DASD, and the tape mounts. Each company is responsible for providing support (programming, administrative, etc.) to further define and report resource utilization that occurs within their LPAR(s), Domain(s), or Guest(s). LITC will provide the source data (SMF or VM Account records) for processing that occurs within the assigned LPARs. It is the individual company's responsibility to develop and/or maintain a chargeback system that further distributes costs, including rate development, chargeback methodologies, etc., as needed at the individual companies.

LITC will issue a monthly invoice that summarizes resources being billed for -- MIPS, allocated DASD, tape mounts, and direct charges. A separate invoice containing HPCC charges is provided.

### Exception Billing

Upon evaluation of specific criteria, and with the agreement of all affected companies, LITC may agree to extract resource usage from one company's assigned resources for purposes of billing the end using company. Criteria for such billing includes, but is not limited to, the following:

- Identifiability of the resources to be billed.
- Practicality and obvious benefits for this exception billing.
- Agreement of all affected parties as to resource identification and billing method.

The method employed for exception billing will be the following:

- Determination of resources consumed (historical, over a reasonable time period)
- Translation of the average/trended resources to LITC standard billing units
- Charging of resources to the using company, and crediting of the costs to the company to whom the resources are originally committed will occur at either a fixed amount or based on actual utilization on a monthly basis, depending on the circumstances. If actual resources are used, MIs (millions of instructions) will be the only unit of measure. A standard rate per MI will be calculated annually.

### Alternative Pricing

As an incentive to reduce overall Lockheed Corporation costs, LITC may price certain processes on a policy priced basis. To qualify for this alternative pricing, which in effect prices the services based on incremental costs incurred by LITC to provide the services, and allows for some absorption of LITC fixed costs over a wider customer base, there must be obvious savings to the corporation. An example would be CAD/CAM processing. The pricing for such processes would be structured such that the cost to provide services from LITC is less than the cost of continued extended LITC processing. This approach incentivizes the customers to eliminate resources at their sites and improves utilization of resources at LITC, Denver.

### Billing Schedule

*Denver Central Services*

Since MIPS are allocated based on annual forecasts, no monthly determination of utilized MIPS is required for billing purposes. However, the cut-off for determination of allocated DASD and actual tape mounts is midnight on the next-to-last Friday of the fiscal month. This is the 4th Friday of a five week month and the 3rd Friday of a four week month. The cut-off date for direct or pass-through charges is the end of the fiscal month. These are items expensed on LITC's books, but the expense is billed the following month, to the customer company for whom the items were acquired. In the case of capitalized hardware or software, the assets reside on LITC's books, with the depreciation or amortization passed through to the customer company on a monthly basis. Annual prepaid items are passed through to the company, where they handle the expensing of the prepaid amount in a manner consistent with their policies and procedures. Pass-through charges are accumulated on LITC's books in the customer-specific cost centers (8XX).

Resource billing amounts are communicated to each company on the first Tuesday following month-end. LITC accrues processing revenues and Accounts Receivable. The customer company accrues processing expense and related Accounts Payable.

Actual invoices are generated and faxed/mailed to the customer company by the second Friday of the month for resources used during the prior month. A check is issued to LITC by the customer company during the third week of the month.

*Extended Operations*

Each month the customer invoices LITC for extended operations at the site. This invoice will be for the incurred costs for extended operations (IBM, HPCC, DEC, Tandem and/or Unisys) at the site. Typical extended operations billings include hardware, software, floor space, labor support and other operating costs. Due to timing considerations, the current month billing is based on actuals for the prior month.

LITC processes the invoice for payment. LITC also issues an invoice back to the company for the extended operations, less any amounts more appropriately charged to other Lockheed operating companies. No additional overhead burden from LITC is applied. Additional costs may be added to the invoice for items paid for by LITC on behalf of the company (pass-through charges).

Actual invoices are generated and faxed/mailed to the customer company. Checks are issued to the customer company during the third week of the month.

*Dedicated Services & Support*

LITC will invoice the company each month, as costs are incurred by LITC, for services and/or support that is dedicated to the specific operating company. An example would be equipment purchased by LITC and placed at the company site. Depreciation will be billed to the company on a monthly basis. Other types of costs include, but are not limited to, hardware and software maintenance and monthly lease expenses. No LITC overhead burden is applied to these costs. Due to general ledger timing constraints, there may be up to a one-month lag in the billing of these expenses. Supporting documentation, such as a copy of the paid invoice, will be provided.

The LITC Service Request process must be followed for system changes requested by the customer company, and performed by LITC personnel. Companies will be billed for labor associated with company specific changes, under established guidelines. A fixed bid estimate of this cost will be provided, and must be approved by both LITC and the requesting company's management, prior to the commencement of such work. Service requests will be billed on an as-completed basis. Copies of the approved service request forms will be attached for invoicing purposes.

Participating companies are billed, by LITC, for use of the Library Network System (LINKS) on a quarterly basis. The invoiced amount is a fixed dollar allocation, based on the company's IR&D/B&P percentage.

*LITC Denver Personnel Support of Site Processing*

Certain LITC personnel are assigned to support remote operations at the various operating companies. This support could include IBM, DEC, Tandem and/or Unisys processing. This staff is proportionately allocated to the remote operations cost pools based on the level of support that is forecast. Costs in these pools include labor (salaries and fringe), prorated department operating expenses and LITC Administrative and Customer Service costs. Full-time-equivalent (FTE) rates are calculated for each of these pools and allocated back to supporting companies based on the level of support budgeted.

*Unallowable Costs*

Unallowable costs include items such as; hotel expense that is greater than the GSA maximum. LITC will make every effort to hold unallowable costs to a minimum. Unallowable costs are tracked in separate general ledger accounts at LITC. These expenses are billed to the operating companies proportionate to their Denver central services billings. The separate billing of unallowables, along with any required adjustments to central services billings, occur at year end.

### 2.7.1.2 1994 Billing Rates and MIPS Forecast

MIPS Forecast - MVS - 92.7
VM - 54.0

CPU - $69,154 per MIPS, per year

DASD - $2.40 per megabyte, per year

TAPE - $1.12 per tape mount

Billable MIs - $0.012 (Exception billing/actual resources)

**HPCC**

Y-MP4E (4 proc.) - $464.00 per wall clock hour

Y-MP4E (3 proc.) - $370.00 per wall clock hour

Y-MP4E (2 proc.) - $232.00 per wall clock hour

Y-MP8I - $270.00 per CPU hour

### 2.7.1.3 Billing Reports

- LITC issues monthly invoices summarizing resources billed -- MIPS, allocated DASD, tape mounts, and direct charges. A separate invoice is provided for HPCC resources.
- LITC provides a monthly data file containing the source data (SMF or VM Account records) for processing that occurs within the assigned LPARs, domains, or guests.
- Monthly invoices are provided to the customer Finance organization. Copies of the summarized invoice are also provided to the Site Services Manager.

# 3. International Business Machines (IBM) Environment

## 3.1 Scope of Agreement

Service level commitments are specified in this SLA for the following LITC-supported operating systems and associated subsystems:

- LG1 (MVS/ESA)
  Subsystems are LG1DB2, LG1CADAM, LG1CATIA, and LG1TSO
- LG2 (MVS/ESA)
  Subsystems are LG2IMS, LG2DB2, LG2CICS, and LG2TSO
- LG3 (VM/SP HPO)
- LG4 (MVS/ESA)
- LG7 (MVS/XA)
  Subsystems are LG7TSO, LG7CADAM, and LG7CATIA
- LG6 (MVS/ESA)
  Subsystems are LG6TSO, LG6DB2, LG6IMS, LG6CICS, and LG6CATIA

Prime time hours for the MVS and VM operating systems for LASC are Monday thru Friday from 7:00 A.M. to 5:00 P.M.

Processing requirements during holidays are negotiated in accordance with LASC approved holiday schedules. All processing during holidays is coordinated by LITC PS&C personnel and reflects negotiated requirements of LASC customers.

## 3.2 Resource Consumption Metrics

The following reports will be provided to the site services manager on a monthly basis:

### 3.2.1 CPU Usage

CPU reports will include a table and graphs. The table will contain weekly data points, reported monthly, representing "peak" MIPS utilization for major subsystems. Weekly "peak" hour utilization will be graphed against forecasted MIPS, at the operating system level. A bar/whisker 24 hour utilization plot, for Monday through Friday hourly average utilization, at the operating system level, will also be provided.

### 3.2.2 DASD Usage

A graphical representation of actual DASD used will be plotted against DASD forecasted, and DASD allocated. The graph will be produced at the operating system level. Data points are based on a billing month-end snapshot.

### 3.2.3 Tape Mounts

A table representing actual monthly tape mounts versus forecasted tape mounts will be prepared and will include the percentage of actual tape mounts to forecasted mounts. A report of the top 10 heavy tape mount jobs, by job name, will also be provided.

## 3.3 Service Metrics

### 3.3.1 Measurement Methods and Tools

- LITC utilizes specific methods and tools to measure:
  - Availability
  - Response Time
  - Batch Management
  - Problem Management and Call Metrics
  - Service Requests.
- Availability and response time measurements are subsystem dependent and may not be applicable to all subsystems in your environment.
- A report card is created each month to measure LITC service level performance against service level targets established in this agreement. The report card shall indicate a pass or fail status for each category.
- Monthly service level reports are generated and forwarded to the LASC Site Manager for distribution.

#### 3.3.1.1 Availability

Percent availability is defined as the percentage of time that an environment is available for customer use within the total possible hours of availability. LITC tracks percent availability as a measurement to continuously improve customer service. Percent availability components are measured and reported at the logical partition (LPAR), domain, guest, subsystem, and network levels. Weekly data are compiled and monthly charts produced showing percent availability for environments addressed in this agreement. The charts plot the service level commitments, availability during prime time hours, and availability during scheduled hours.

**LPAR, Domain, Guest, or Subsystem Availability**

Availability for prime time is calculated as follows:

$$\text{Percent availability} = \frac{\text{Prime time (PT) hours - (PT planned outages + PT unplanned outages)}}{\text{Prime time hours}}$$

Availability for scheduled hours is calculated as follows:

$$\text{Percent availability} = \frac{\text{Scheduled Hours (SH) - (SH planned outages + SH unplannned outages)}}{\text{Scheduled hours}}$$

LPAR, domain, guest, or subsystem outages are defined as:

- any action requiring an IPL or subsystem restart
- key hardware component failures
- stand-alone system time required to perform testing or maintenance.

Planned outages are events coordinated and scheduled in advance. Unplanned outages are unscheduled and unpredictable.

The prime time availability commitment for LPAR, guest, and subsystem availability is 99.5%.

The scheduled hours availability commitment for LPAR, guest, and subsystem availability is 97%.

Network Availability

Network availability is reported in both graphical and table formats that reflect the number of outages and cumulative duration of the outages by category. For purposes of this report, an outage is considered a loss of connectivity in a component that is defined as part of the Wide Area Network (WAN). Failure of a local networking component such as a terminal, terminal controller, PC gateway, or local area network would not be recorded in the availability statistics, but would be reported and monitored through the problem management system.

Outage categories are:

Category 1 - One or more users were logged off (lost connectivity) and no alternate path was established for a period of time greater than 15 minutes.

Category 2 - One or more users were logged off, but were able to reconnect within 15 minutes.

Network availability reports are generated at the company level. Outage statistics will be reported for prime time hours and non-prime time hours.

Due to methodology changes in monitoring and reporting network availability, there are no network availability commitments during the first quarter of 1994. Data will be monitored and reported monthly and the establishment of commitments will be reviewed prior to second quarter 1994.

**3.3.1.2 Response Time**

In the event that LASC I/S or customer's perception of response time is unsatisfactory, LITC will aggressively pursue and resolve problems by committing to monitoring and tracking performance until satisfactory service levels are restored.

### System Response Time

Standard response time monitoring of LASC MVS and VM mainframe system and subsystem response time is performed with a tool called NETSPY. TSO response time is measured with the Resource Management Facility (RMF) Monitor I facility and reported as percentage of transactions that are 1st period, 1st period response time, and all period response time. Environments that are not monitored are identified in the detail sections for that system or subsystem. Data are collected on a daily basis, plotted weekly and reported monthly for environments addressed in this agreement. The charts include 90th and 50th percentile data.

Due to customer requested resource capping and methodology changes in monitoring and reporting response times, there are no response time commitments during the first quarter of 1994. Data will be monitored and reported monthly and the establishment of commitments will be reviewed prior to second quarter 1994.

### Network Response Time

Network NETSPY 90th and 50th percentiles response times are used to calculate performance indices representing the overall responsiveness of each specific network. On a daily basis, the 90th and 50th percentile network response times are measured for each subsystem or guest. The 90th and 50th percentile figures are multiplied by the corresponding number of transactions, the results are added together and then divided by the total number of transactions. This number is collected on a daily basis, plotted weekly and reported monthly providing network response time indicators for environments addressed in this agreement.

Due to customer requested resource capping and methodology changes in monitoring and reporting response times, there are no response time commitments during the first quarter of 1994. Data will be monitored and reported monthly and the establishment of commitments will be reviewed prior to second quarter 1994.

### 3.3.1.3 Batch Management

LASC batch metrics are created on a monthly basis. These metrics include the percentage of jobs completed without incident, the number of jobs submitted, number of abends, number of reruns, and number of change notices processed for the current month, rolling twelve months, and year-to-date.

Percentage of jobs completed without incident is calculated as follows:

$$\frac{\text{Number of jobs submitted - number of abends}}{\text{Number of jobs submitted}}$$

Due to methodology changes in monitoring and reporting batch metrics there are no batch service level commitments during the first quarter of 1994. Data will be monitored and reported monthly and the establishment of commitments will be reviewed prior to second quarter 1994.

#### 3.3.1.4 Problem Management and Call Metrics

Problems are classified and prioritized according to severity (1 through 4), assigned to technical support personnel for resolution, and entered in the Information Management (I/M) database. I/M reports indicate and track resolution status for all problems. The reports are used to compare actual problem recovery times to service level commitments.

Metrics include:
The number of problems opened this month, the number of problems resolved this month, the number of problems resolved within the committed recovery time and the 90th percentile recovery time, for each problem severity.

Additional metrics for call management and problem reporting include:
The total problem records opened this month, total problem records closed this month, number of carryover problems from the previous month, current backlog of problems, number of calls received by the Customer Service Center, and number of calls resolved while the customer is on the telephone.

Reports contain data for the current month, rolling twelve months, and a year-to-date total.

**Note:** MVS batch processing problems are reflected in the Batch Management reports and are not included in the Problem Management metrics.

Target service levels for problem recovery by severity are:

Severity 1 - within 2 hours
Severity 2 - within 4 hours
Severity 3 - within 7 days
Severity 4 - within 14 days

Problem recovery commitments will be revisited prior to second quarter.

#### 3.3.1.5 Customer Satisfaction

LITC with support of the customer I/S management will survey and assess customer satisfaction using an automated online survey relating service levels provided to service level commitments established in this agreement.

Long-term customer satisfaction is measured by comparing current and past survey results. The I/S commitment is to:

Maintain or improve the overall score for LASC customer satisfaction (3.125) during 1994.