## 3.4 MVS Systems and Subsystems

### 3.4.1 LG1 (MVS/ESA)

The following paragraphs specify LITC service level commitments for the LG1 (MVS/ESA) operating system and associated applications.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

Host response time is not measured at the operating system level. Refer to individual subsystems for response time monitoring tools and techniques.

#### Batch Schedules

Batch processing requirements for LG1 customers are supported by negotiated schedules. Batch processing is managed by LITC-extended personnel and initiated and tracked by an automated tracking system. If special, user-requested batch processing is required, the activity is negotiated with authorized LASC I/S representatives and scheduled with LITC-extended personnel.

### 3.4.2 LG1TSO Subsystem

The following paragraphs specify LITC service level commitments for the LG1TSO subsystem running under LG1.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### 3.4.3 LG1DB2 Subsystem

The following paragraphs specify LITC service level commitments for the LG1DB2 subsystem running under LG1.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

No response time monitoring for LG1DB2 is performed.

### 3.4.4 LG1CADAM Interactive System

The following paragraphs specify LITC service level commitments for the LG1CADAM subsystem running under LG1.

#### Hours of Availability

Scheduled hours of availability are:

| | |
|---|---|
| Monday through Friday | 5:00 A.M. to Midnight |
| Saturday | 5:00 A.M. to 4:00 P.M. |
| Sunday | On an as-requested basis |

#### Response Time

The response time objective is an average of 0.25 seconds per attention. Response time is measured with the CADSTATS facility.

#### Batch Schedules

There are no batch processing requirements for the LG1CADAM environment.

### 3.4.5 LG1CATIA Interactive System

The following paragraphs specify LITC service level commitments for the LG1CATIA subsystem running under LG1.

#### Hours of Availability

Scheduled hours of availability are:

| | |
|---|---|
| Monday through Friday | 5:00 A.M. to Midnight |
| Saturday | 5:00 A.M. to 4:00 P.M. |
| Sunday | On an as-requested basis |

#### Response Time

No response time monitoring is performed.

#### Batch Schedules

There are no batch processing requirements for the LG1CATIA environment.

### 3.4.6 LG2 (MVS/ESA)

The following paragraphs specify LITC service level commitments for the LG2 (MVS/ESA) operating system and associated applications.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance schedules as specified in Section 2.5.1.3.

#### Batch Schedules

Batch processing requirements for LG2 customers are supported by negotiated schedules. Batch processing is managed by LITC PS&C personnel and initiated and tracked by an automated scheduling system. If special, user-requested batch processing is required, the activity is negotiated with authorized LASC I/S representatives and scheduled with LITC PS&C personnel (see Appendix A - D5 *PS&C Document of Understanding* ).

### 3.4.7 LG2CICS Subsystem

The following paragraphs specify LITC service level commitments for the LG2CICS subsystem running under LG2.

#### Hours of Availability

Scheduled hours of availability are:

| | |
|---|---|
| Monday through Friday | 6:00 A.M. to Midnight |
| Saturday | 6:00 A.M. to 5:00 P.M. |
| Sunday | On an as requested basis |

#### Response Time

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### 3.4.8 LG2TSO Subsystem

The following paragraphs specify LITC service level commitments for the LG2TSO subsystem running under LG2.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### 3.4.9 LG2IMS Subsystem

The following paragraphs specify LITC service level commitments for the LG2IMS subsystem running under LG2.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### 3.4.10 LG2DB2 Subsystem

The following paragraphs specify LITC service level commitments for the LG2DB2 subsystem running under LG2.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

No response time monitoring is performed.

#### Batch Schedules

Batch processing requirements for LG2DB2 customers are initiated, tracked, and managed by LASC applications personnel.

### 3.4.11 LG4 (MVS/ESA)

The following paragraphs specify LITC service level commitments for the LG4 (MVS/ESA) operating system and associated applications. The LG4 LPAR is defined as a communications LPAR only. The network is owned by, all peripherals are attached to, and all LITC print to LASC is generated via LG4.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance schedules as specified in Section 2.5.1.3.

#### Batch Schedules

There are no batch processing requirements for LPAR LG4.

### 3.4.12 LG7 (MVS/XA)

The following paragraphs specify LITC service level commitments for the LG7 (MVS/XA) operating system and associated applications.

Note: In the first quarter 1994, the classified portion of the F-22 program will be separated and moved from the IBM 3090-600 platform to the IBM 3090-200 platform. What remains will be declassified and will become known as LG6 (MVS/ESA).

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance schedules as specified in Section 2.5.1.3.

#### Response Time

Host response time is not measured at the operating system level. Refer to individual subsystems for response time monitoring tools and techniques.

#### Batch Schedules

There are no batch processing requirements for LG7.

### 3.4.13 LG7TSO Subsystem

The following paragraphs specify LITC service level commitments for the LG7TSO subsystem running under LG7.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

Standard response time monitoring is performed. See section 3.3.1.2 for details.

#### Batch Schedules

Batch processing requirements for LG7TSO customers are initiated, tracked, and managed by LASC applications personnel.

### 3.4.14 LG7CADAM Subsystem

The following paragraphs specify LITC service level commitments for the LG7CADAM subsystem running under LG7.

#### Hours of Availability

Scheduled hours of availability are:

| | |
|---|---|
| Monday through Saturday | 6:00 A.M. to 6:00 P.M. |
| Sunday | On an as-requested basis |

#### Response Time

The response time objective is an average of 0.25 seconds per attention. Response time is measured with the CADSTATS facility.

#### Batch Schedules

There are no batch processing requirements for LG7CADAM.

### 3.4.15 LG7CATIA Interactive System

The following paragraphs specify LITC service level commitments for the LG7CATIA subsystem running under LG7.

#### Hours of Availability

Scheduled hours of availability are:

| | |
|---|---|
| Monday through Saturday | 6:00 A.M. to 6:00 P.M. |
| Sunday | On an as-requested basis |

#### Response Time

No response time monitoring is performed.

#### Batch Schedules

There are no batch processing requirements for LG7CATIA

### 3.4.16 LG6 (MVS/ESA)

The following paragraphs specify LITC service level commitments for the LG6 (MVS/ESA) operating system and associated applications.

Note: In the first quarter 1994, the classified portion of the F-22 program will be separated and moved from the IBM 3090-600 platform to the IBM 3090-200 platform. What remains will be declassified and will become known as LG6 (MVS/ESA).

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

Host response time is not measured at the operating system level. Refer to individual subsystems for response time monitoring tools and techniques.

#### Batch Schedules

Batch processing requirements for LG6 customers are supported by negotiated schedules. Batch processing is managed by LITC-extended personnel. If special, user-requested batch processing is required, the activity is negotiated with authorized LASC I/S representatives and scheduled with LITC-extended personnel (see Appendix A - D5 *PS&C Document of Understanding*).

### 3.4.17 LG6TSO Subsystem

The following paragraphs specify LITC service level commitments for the LG6TSO subsystem running under LG6.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### 3.4.18 LG6DB2 Subsystem

The following paragraphs specify LITC service level commitments for the LG6DB2 subsystem running under LG6.

#### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

#### Response Time

No response time monitoring is performed.

#### 3.4.19 LG6IMS Subsystem

The following paragraphs specify LITC service level commitments for the LG6IMS subsystem running under LG6.

**Hours of Availability**

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as specified in Section 2.5.1.3.

**Response Time**

Standard response time monitoring is performed. See section 3.3.1.2 for details.

#### 3.4.20 LG6CATIA Interactive System

The following paragraphs specify LITC service level commitments for the LG6CATIA subsystem running under LG6.

**Hours of Availability**

Scheduled hours of availability are:

| | |
|---|---|
| Monday through Saturday | 6:00 A.M. to 6:00 P.M. |
| Sunday | On an as-requested basis |

**Response Time**

No response time objective is performed.

**Batch Schedules**

There are no batch processing requirements for LG6CATIA.

### 3.5 VM Systems

#### 3.5.1 LG3 (VM/SP HPO)

The following paragraphs specify LITC service level commitments for LG3VM and associated categories for products and utilities:

- Operating System & Support Subsystems
- Network Access and Print Services
- Office Automation
- DBMSs and 4GLs
- Text Processing
- Program Development Services
- Decision Support Services and Graphics
- F22 E-Mail

### Hours of Availability

Scheduled hours of availability are 24 hours per day, 7 days per week, with the exception of the scheduled maintenance activities as described in Section 2.5.1.3.

### Response Time

Standard response time monitoring is performed. See section 3.3.1.2 for details.

### Batch Schedules

Batch processing for Systems Software requirements are supported by VMSCHEDULE which does not require intervention by LITC PS&C personnel. Scheduling of user applications is not supported on LG3VM.

### Critical LG3VM Components

LITC plans to monitor and report on the service level commitments established for LG3VM as defined in this document. Currently, LG3VM associated categories for products and utilities have critical services components that do not have service level measurement and reporting mechanisms in place.

LITC understands in order to maintain satisfactory service levels for the LASC customer community, at times will require service commitments beyond the level of LG3VM. In the event that LASC I/S or customer's perception of system performance is unsatisfactory, LITC plans to aggressively pursue and resolve problems associated with the lower level critical services and components by committing to monitoring and tracking the reliability of the affected components until satisfactory service levels are restored. The following are examples of LG3VM critical services and components:

<u>LG3VM (Operating System & Support Subsystems)</u>:

- VM/SP HPO, VSAM, VMBACKUP, VMTAPE, VMSECURE, VMSCHEDULE, VMOPERATOR, Charge back Utilities, Performance Monitoring Utilities, Tape Management Utilities, VMBG, Engineering/Scientific Environment Utilities and local modifications to CMS, VMTAPE, VMSECURE and VMBACKUP.

<u>LG3VM (Network Access and Print Services)</u>:

- Access Methods (e.g. VTAM, TPX, TCP/IP, etc.), Intersystem Interfaces (e.g. SNA-FTP, DTF, Shared SNA Network, etc.), Printing (e.g. ROUTEPRT, PRT3812 etc.).

<u>LG3VM (Office Automation)</u>:

- Profs (e.g. Document Processing, Note Processing, Calendar processing, FIND etc.).

<u>LG3VM (DBMSs and 4GLs)</u>:

- Database Storage Structures and Access Languages (e.g. NOMAD, RIM, ARTEMIS, etc.).

<u>LG3VM (Text Processing)</u>:

- Text Processing (e.g. DCF Script, BOOKMASTER, BOOKMANAGER, GML, etc.).

<u>LG3VM (Program Development Services)</u>:

- Panel Management (e.g. DMS/CMS, ISPF, etc.), ISPF/PDF, PASF, Compilers (e.g. APL, FORTRAN, OS PL/I, COBOL, REXX, etc.), Nastran.

<u>LG3VM (Decision Support Services and Graphics)</u>:

- Graphics Software (e.g. DISSPLA, Plot10, GDDM, etc.), Calcomp, Versatec, Tel-a-Graf, Supercalc, CUECHART, Comshare System W (MIDS II), etc.

LG3VM (F-22 E-Mail):

- Softswitch Central.

## Appendix A

The following Documents of Understanding exist between LASC and LITC

- LITC Customer Service Center (D1)
- Telecommunications and Network Services (D2)
- Software Management (D3)
- Security Support (D4)
- Production Scheduling and Control (D5)
- Systems Storage Management (D6)
- LITC Configuration Management (D7)
- Computer Operations Support (D8)
- Database and Transaction Processing Systems (D9)

# GLOSSARY

## C

**CADAM** - Computer-Aided Design and Manufacturing - Software tools that assist in the design and manufacture of products.

**CAD/CAM** - Computer-Aided Design and Computer-Aided Manufacturing - Software tools that assist in the design and manufacture of products.

**CAEDS** - Computer-Aided Engineering Design System - Software tools that assist in the design and manufacture of products.

**CATIA** - Computer-Aided Three-Dimensional Interactive Application - Software tools that assist in the design and manufacture of products.

**CICS** - Customer Information Control System - A general purpose licensed program that controls online communication between terminal users and a database.

**CPU** - Central Processing Unit - That part of a computer comprised of circuits that control the interpretation and execution of instructions.

**CSC** - Customer Service Center - Lockheed acronym for the user help desk.

## D

**DASD** - Direct Access Storage Device - Hardware component that provides storage for and access to mainframe-based data and applications.

**DB2** - Database 2 - An IBM database application used by LASC.

**Disaster Recovery** - Execution of the disaster plan in the event of a major disruption to computer center or network operations.

**DOU** - Document of Understanding.

## E

**E-Mail** - Electronic Mail.

**End User** - The user of information technology hardware, software, networks, or other services.

**ESA** - Enterprise System Architecture

**Extended Architecture (XA)** - An extension to the IBM System/370 architecture that takes advantage of continuing high performance enhancements to computer system hardware.

## H

**Help Desk** - Same as User Help Desk.

## I

**IBM** - International Business Machines Corporation, located in Armonk, New York.

**IMS** - Information Management System - An IBM database application used by LASC.

**IMSTEST** - Information Management System Test - An IBM database application used for test purposes.

**I/M** - Information Management

**Initial Program Load** - The process by which a configuration image is loaded into storage at the beginning of a workday or after a system failure.

**IPL** - Initial program load

**I/S** - Information Services - Lockheed organizations that provide computer systems, networks, and support services for users.

## J

**JES2** - Job Entry Subsystem-2

## L

**LITC** - Lockheed Information Technology Company - The Lockheed subsidiary corporation, located in Denver, Colorado, that provides centralized I/S services.

**LASC** - Lockheed Aeronautical Systems Company - The Lockheed subsidiary

corporation, located in Marietta, Georgia that designs and manufactures airplanes.

LPAR - Logical Partition

M

MIPS - Millions of instructions per second. A unit of measure of processing performance equal to one million instructions per second.

MVS - Multiple Virtual Storage - An IBM-developed and licensed operating system for computers based upon System/370 architecture.

MVS/ESA - Multiple Virtual Storage Enterprise Systems Architecture - An IBM-developed and licensed operating system for computers based upon System/370 architecture.

N

NETSPY -A Legent Corporation statistical response time measurement tool for SNA environments.

O

OV - OfficeVision

P

PF - Programmable Function - Keys on a data entry keyboard that are programmed as macros to perform one or more functions.

PS&C - Production Scheduling and Control

PROFS - Professional Office System.

S

Service Request - Service Request forms are used to initiate, and track actions requested of any LITC group in support of but not limited to; software, hardware or telecommunication installations or upgrades, or I/S acquisitions.

SLA - Service Level Agreement

SLCO - Service Level Change Order

SLO - Service Level Objective

SMC - Systems Management Controls

SNA - System Network Architecture.

SQL - Structured Query Language.

T

TBD - To Be Determined

TCP/IP - Transmission Control Protocol and Internet Protocol

TSO - Time Sharing Option

U

User Help Desk - An I/S function which receives trouble calls from users and attempts resolution. If unable to resolve during initial call, the user help desk documents the problem, forwards to the appropriate technical personnel, and tracks and reports status through problem resolution.

UserID- User Identification - A computer identification for users, that when entered in conjunction with a password, allows a user to log onto a computer systems.

V

VM - Virtual Machine - An IBM-developed and licensed operating system for computers based upon System/370/390 architecture. The role of the VM based systems is to provide a robust environment with tools and services for customers to perform their own production and ad-hoc computing activities.

VPS - VTAM Printer Support

VTAM - Virtual Telecommunications Access Method