JUN.-16'98(TUE) 06:40 LOCKHEED DATA CENTER P.001

LOCKHEED MARTIN

Lockheed Martin Data Center Services
1401 Del Norte Street
Denver, CO 80221

## Facsimile Cover Sheet

**To:** Carolyn McGrath
**Company:**
**Voice:**
**Fax:** 301-897-6492

**From:** Ron Kercher
**Voice** 303-430-2151
**Fax:** 303-430-2225 or 303-430-2002
**e-mail:**

**Date:** 6/16/98
**Pages:** 12
(Including this cover page)

**Comments:**

T 001910

**Lockheed**
*Information Technology Company*

## INTERDEPARTMENTAL COMMUNICATION

**TO:** Distribution

**FROM:** W. Bernstein

**DATE:** September 24, 1993

**SUBJECT:** LITC HPCC Costs for 1993 and 1994

Total high performance computing-related costs for 1993 are now estimated to total $18,727,195, of which $14,145,894 is for costs incurred by, and paid by LITC.

HPCC cost distribution to the companies for 1993 is proposed as follows:

| | PAYABLE TO LITC | TO BE PAID BY LOB | TOTAL |
|---|---|---|---|
| LMSC | $ 5,600,000 | $ 4,581,301 | $10,181,301 |
| LASC | $ 4,300,000 | $ 0 | $ 4,300,000 |
| LADC | $ 4,245,894 | $ 0 | $ 4,245,894 |
| TOTAL | $14,145,894 | $ 4,581,301 | $18,727,195 |

These figures represent total costs for both Denver and LOB-based HPCC resources for the entire year, and will guarantee enough LITC HPCC capacity to satisfy the 1993 forecasts provided by each company. Capacity which may become available due to temporary reductions in various companies' workload or due to delays in transitions will be made available to the LOBs at no additional cost. Priorities for use of the any available capacity will be based on relative magnitude of the 1993 LITC costs shown above.

1994 HPCC resources have been sized to meet our understanding of your 1994 capacity and and service level requirements provided by each company as summarized below:

| | | |
|---|---|---|
| LMSC | Cray Shared | 20,600 CPU Hours |
| | Cray Dedicated | 2,200 Wall Clock Hours |
| | Convex Shared | 5,003 CPU Hours |
| | Convex Dedicated | 3,000 Wall Clock Hours |

T 001911

| | | |
|---|---|---|
| **LASC** | Cray Shared | 3,380 CPU Hours |
| | Cray Dedicated | 2,600 Wall Clock Hours |
| | Convex Dedicated | 7,280 Wall Clock Hours |
| | MPP Dedicated* | 910 Wall Clock Hours |
| **LADC** | Cray Shared | 0 CPU Hours |
| | Cray Dedicated | 1,213 Wall Clock Hours |
| | MPP Dedicated* | 6,370 Wall Clock Hours |

* Note: Cray Y-MP4E wall clock hours have been converted to effective MPP wall clock hours as appropriate

The following platforms will be provided to meet these needs.

a) Cray Y-MP8I as a "shared" or "dedicated" resource, with 4 or 5 processors as workload requires, to be used primarily for unclassified work.

b) Cray Y-MP4E as a "shared" or "dedicated" resource, with 3 or 4 processors as workload requires, to be used primarily for classified work, special large jobs and other dedicated use requirements.

c) MPP as a "dedicated" resource, sized to provide required performance for large matrix solves, for classified work, special large jobs and other dedicated use requirements.

d) MPP as a "shared" or "dedicated" resource, sized for code development and porting, in the unclassified environment, at zero charge.

e) Convex C220 as an unclassified "shared" resource, and unclassified file server.

f) Convex C210 as a "DoD classified, shared" resource and DoD classified front-end to the Cray platforms.

g) Convex C3860/3880 as an "F-22 dedicated" processor.

HPCC cost distribution to the companies for 1994 is proposed as follows:

| | | |
|---|---|---|
| **LMSC** | $8,600,000 | |
| **LASC** | $5,352,000 | (exclusive of F-22 Convex MSC/NASTRAN-related charges) |
| **LADC** | $2,800,000 | (exclusive of costs associated with the Cray Y-MPEL (if it is retained) and of any costs associated with the Cray Y-MP2E after January 1, 1994) |

It is important to note that LITC costs are essentially "fixed". Modest reductions or increases in forecasts will not result in any decrease or increase in costs.

T 001912

Based on this fixed price proposal, which represents 100% LITC HPCC cost recovery and the current forecasted utilization, the following effective rates would apply.

**1994 "EFFECTIVE" HPCC RATES**

| | MPP | Y-MP8I/4 | Y-MP8I/5 | Y-MP4E/3 | Y-MP4E/4 |
|---|---|---|---|---|---|
| **Shared $/CPU Hr.** | N/A* | 270 | 270 | 200 | 200 |
| **Dedicated $/WCH** | 345 | 626 | 783 | 370 | 464 |

* Note: Costs associated with shared MPP utilization will be determined pending security approvals.

**These rates should be used for comparison only. Moderate changes in utilization, reductions or additions, will not change operational costs.**

LITC has made significant progress in reducing the costs associated with high performance computing. Cost reductions are dramatic, as shown below:

| | 1992 | 1993 | 1994 |
|---|---|---|---|
| **X-MP4 Shared $/CPU Hr. (In Y-MP units)** | 450 | | |
| **Y-MP8I Shared $/CPU Hr.** | | 337 | 270 |
| **Y-MP8I Dedicated $/WCH** | | 781 | 626 |
| **Y-MP4E Shared $/CPU Hr.** | | 250 | 200 |
| **Y-MP4E Dedicated $/WCH** | | 580 | 464 |
| **MPP Dedicated $/WCH** | | | 345 |

These figures reflect more than a 25% reduction in rates for shared resources from 1992 to 1993. Based on current forecasts and projected costs, effective rates from 1993 to 1994 will be reduced by an additional 20%. The MPP platform offers the opportunity for significantly reducing costs. The current platform has been sized to meet required performance levels for specific codes that can take advantage of parallel processing, and for capacity required to replace the Cray Y-MP2E.

We are very pleased to offer the required services at these fixed costs. This will allow the using companies to better manage costs, and allow us to make available any unused capacity at no additional charge.

T 001913

Please confirm your acceptance of this proposal by October 1, 1993.

W. Bernstein
President

Distribution: R. Cobb
J. Phillips
A. Vignoni

cc: G. Connolly
D. Ford
A. Pair
C. Pearson
E. Meehan

T 001914

Distribution: A. Vignoni
W. Bernstein

**LADC 1993/1994 HPCC Costs Detail**

LADC's LITC HPCC costs for 1993 will be $4,245,894. LITC will guarantee availability of 75% of the LITC Y-MP4E or equivalent, provide unlimited use of the Burbank based Y-MP2E until the end of 1993 or until it can be shut down whichever is sooner, and continue to provide the Y-MPEL4 currently based in Palmdale. Any unused Denver Cray capacity will be made available at no additional cost.

LADC will be responsible for any and all costs associated with the Y-MP2E after December 1993.

Customer security requires that a single platform be dedicated to SAP/SAR and unclassified SAP/SAR-related processing at this time. LITC will provide time on the MPP for this purpose, reducing the need for large amounts of Cray capacity, and is working with the vendor to assist porting codes to the MPP for this purpose. Additionally, a small MPP will be provided at no additional charge in the unclassified environment for code conversion and porting.

As codes are optimized for the MPP platform, significant additional workload throughput will be possible within the available wall clock hours available to LADC.

Projected costs for 1994 do not include expenses associated with retention of the Cray Y-MPEL4. LITC is prepared to absorb the Y-MPEL4 workload at no additional cost, which presents an additional opportunity for savings to LADC of approximately $1M in 1994.

**PROJECTED COSTS FOR 1994**

| | |
|---|---|
| Cray/MPP (Shared and Dedicated) | $2,800,000 |
| Cray Y-MP2E | - |
| Cray Y-MPEL | 1,100,000* |
| Total | $3,900,000 |

* **Note: The Cray Y-MPEL workload may be absorbed at LITC at no additional cost, which would yield significant additional savings to LADC and the corporation. LADC will be responsible for all costs associated with the Y-MP2E if retained after January 1, 1994.**

T 001915

cc: G. Connolly
D. Ford
E. Meehan

T 001916

Distribution: R. Cobb
W. Bernstein

**LASC 1993/1994 HPCC COSTS DETAIL (Revised 9-29-93)**

LASC's LITC HPCC costs for 1993 will be $4,300,000. LITC will guarantee availability of Cray platforms as required to meet the LASC 1993 forecast, and absorb all costs associated with the F-22 Convex C3860 and peripherals. Any unused Denver Cray capacity will be made available at no additional cost.

Projected costs for 1994 do not include charges for MSC/NASTRAN currently in use on the Convex C3860 (yet to be determined). LITC is actively working to reach agreement with MSC to provide a reduced cost for MSC/NASTRAN on a corporatewide basis.

1994 costs do include depreciation for all additional upgrades currently planned for the Convex C3860, e.g., two additional processors, additional 2Gb of memory, an EMASS Tower, and 100Gb of additional disk.

Maintenance costs associated with the Convex C3860/3880 and additional equipment are included in these totals.

Customer security requires that any platform used for SAP/SAR processing be dedicated to SAP/SAR and unclassified SAP/SAR-related processing at this time. LITC will provide time on the MPP for this purpose, allowing the Cray platforms to be used for unclassified and DoD processing. LITC is working with the vendor to assist porting of all codes needed for SAP/SAR processing to the MPP for this purpose. Additionally, a small MPP will be provided at no additional charge in the unclassified environment for code conversion and porting.

**PROJECTED COSTS FOR 1994**

| | |
|---|---|
| Cray/MPP (Shared and Dedicated) | $2,189,000 |
| Convex | 3,163,000 |
| Total | $5,352,000 |

cc: D. Ford
E. Meehan
A. Pair

T 001917

Distribution: J. Phillips
W. Bernstein

**LMSC 1993/1994 HPCC COSTS DETAIL**

LMSC's LITC HPCC costs for 1993 will be $5,600,000. This includes all charges associated with Cray processing in Denver and for the Convex C210 and C220 from June through December 1993. LITC will guarantee availability of Cray platforms as required to meet the LMSC1993 forecast (revised upward as of August, 1993), and full use of the Convex platforms within existing capacity limitations. Any unused Denver Cray capacity will be made available at no additional cost.

Projected costs for 1994 include provisions to meet the forecasted unclassified and classified workload, and full use of the Convex C210 and C220 (except that capacity needed for FILESERV). LITC will continue to make the Convex's available to other potential users, and will reduce LMSC charges as appropriate.

cc: D. Ford
E. Meehan
C. Pearson

T 001918

1993 Costs for LITC HPCC resources will be distributed as follows:

| | LITC | LOB | TOTAL |
|---|---|---|---|
| LMSC | $5,600,000 | $4,581,301 | $10,181,301 |
| LASC | $4,300,000 | 0 | $4,300,000 |
| LADC | $4,245,894 | 0 | $4,245,894 |

This will guarantee enough LITC HPCC capacity to satisfy the 1993 forecasts provided by each of the companies. Additional HPCC capacity, if available, will be free of charge.

---

**LADC 1993 Costs**

LADC's LITC HPCC costs for 1993 will be $2,500,000. This includes all LITC Cray usage in 1993 and the costs associated with the capitalization of $1,500,000 of the Y-MP2E for 1993.

| Costs | 1993 | |
|---|---|---|
| LITC HPCC | 2,500,000 | |
| Y-MP2E (est.) | 624,000 | (cost of the 2E - $1,500,000) |
| Y-MPEL4 (est.) | 1,121,894 | |
| | 4,245,894 | |

LITC will capitalize $1,500,000 associated with the Y-MP2E, lease and maintenance, in LITC start up costs.
LADC will be responsible for any and all costs associated with the Y-MP2E after December 1993.

---

**LASC 1993 Costs**

LASC's LITC HPCC costs for 1993 will be $3,400,000. This includes all LITC Cray usage in 1993 and costs associated with the Convex C3860 that is on the LITC books.

| Costs | 1993 |
|---|---|
| LITC HPCC | 3,400,000 |
| LASC C3860 costs (est.) | 900,000 |
| | 4,300,000 |

---

**LMSC 1993 Costs**

LMSC's LITC HPCC costs for 1993 will be $5,600,000. This includes all LITC Cray usage in 1993 and costs associated with the Convex C210 and C220 from June through December.

| Costs | 1993 |
|---|---|
| LITC HPCC | 5,600,000 |
| LMSC costs (est.) | 4,581,301 |
| | 10,181,301 |

T 001919

---

1994

LITC intends to meet the 1994 HPCC requirements by providing the following:

a) Y-MP81 as a "shared" resource.
With 4 or 5 processors as workload requires.

b) Y-MP4E as a "dedicated" resource.
For classified work, special large jobs and other dedicated requirements.
With 3 or 4 processors as workload requires.

c) MPP as a "dedicated" resource.
For classified work, special large jobs and other dedicated requirements.

d) MPP in the unclassified environment as a "shared" resource.
For code development, porting and other unclassified requirements.

e) Convex C220 as a "shared" resource.

f) Convex C210 as a "DoD classified shared" resource.
For DoD classified front-end to the Cray and a "shared" classified processor.

g) Convex C3880 as a "F-22 dedicated" processor.

Costs for HPCC resources for 1994 will be distributed as follows:

| | | |
|---|---|---|
| LMSC | $8,600,000 | |
| LASC | $5,100,000 | (not including MSC Nastran charges) |
| LADC | $2,800,000 | (not including EL4 costs, assume 2E gone as of Jan 1) |

These costs are based on the HPCC resources required to satisfy preliminary forecasts provided by each company.

| | | | | | |
|---|---|---|---|---|---|
| LMSC | Cray Shared | 20,600 CPU Hrs | *270 = | $5,562,000 | |
| | Cray Dedicated | 2,200 WCH | *370 = | $814,000 | 4E364 |
| | Convex Shared | 5003 CPU Hrs | est. costs | $2,200,000 | |
| | Convex Dedicated | 3000 WCH | | $8,576,000 | |
| | MPP | 0 WCH | | | |
| LASC | Cray Shared | 3,380 CPU Hrs | *270 = | $912,600 | |
| | Cray Dedicated | 2,600 WCH | *370 = | $962,000 | 4E364 |
| | Convex Dedicated | 7280 WCH | est. cost | $2,900,000 | |
| | MPP | 910 WCH | *345 = | $313,950 | ← 7?? [illegible] |
| | | | | $5,088,550 | |
| | | | | 250 | |
| | | | | 5,335, | |
| LADC | Shared | 0 CPU Hrs | | | |
| | Dedicated | 1,213 WCH | *464 = | $562,832 | 4E464 |
| | MPP | 6,370 WCH | *345 = | $2,197,650 | |
| | | | | $2,760,482 | |

T 001920

Modest reductions or increases in forecasts will not cause an increase or decrease in costs. You are no longer required to stay within the 10%, below or above your forecast and the 10% reserve buffer will be used as additional capacity and will be used for free.

**1994 Rates**

| | MPP | Y-MP8I4 | Y-MP8I5 | Y-MP4E3 | Y-MP4E4 |
|---|---|---|---|---|---|
| Shared | N/A* | $270/cpu | $270/cpu | $200/cpu | $200/cpu |
| Dedicated | $345/wch | $626/wch | $783/wch | $370/wch | $464/wch |

* will be determined pending security approval

The rates for 1994 represent a significant reduction over 1993 rates.

| | 1992 | 1993 | 1994 |
|---|---|---|---|
| X-MP4 | $450/cpu | | |
| Y-MP8I Shared | | $337/cpu | $270/cpu |
| Y-MP8I Dedicated | | $781/wch | $626/wch |
| Y-MP4E Shared | | $250/cpu | $200/cpu |
| Y-MP4E Dedicated | | $580/wch | $464/wch |
| MPP | | | $345/wch |

T 001921