94cray.xls

## LITC 1994 Actual Cray Utilization vs. Budget Commitment
($M)

| Customer | Budget Commitment | Usage @ Std. Rates* | Comments | Actual % | Billing at Actual Usage | Customer Impact |
|---|---|---|---|---|---|---|
| LMSC (Sunnyvale, CA) | $ 6.376 | $ 2.031 | Did not fulfill commitment for which LITC capacitized | 48.1% | $ 4.802 | $ (1.574) |
| LASC (Marietta, GA) | $ 2.211 | $ 2.131 | LASC fulfilled commitment | 50.4% | $ 5.038 | $ 2.827 |
| LADC (Palmdale, CA) | $ 1.400 | $ 0.062 | LADC had minimal usage late Dec-93 (Jan. billing) | 1.5% | $ 0.147 | $ (1.253) |
| Sanders | | $ 0.008 | Not budgeted, used as needed | | $ - | $ - |
| Totals | $ 9.987 | $ 4.232 | | 100.0% | $ 9.987 | $ (0.000) |

Note: *Usage at standard rates includes shared CPU (Pecos sys.) and dedicated CPU (Del Norte) for the entire year.

## LITC 1995 Actual Cray Utilization vs. Budget Commitment
($M)

| Customer | Budget Usage | Usage @ Std. Rates** | Comments | Actual % | Billing at Actual Usage | Customer Impact |
|---|---|---|---|---|---|---|
| LMSC (Sunnyvale, CA) | $ 0.634 | $ 0.529 | | 44.6% | $ 0.566 | $ (0.068) |
| LASC (Marietta, GA) | $ 0.634 | $ 0.656 | | 55.4% | $ 0.702 | $ 0.068 |
| LADC (Palmdale, CA) | | $ - | | 0.0% | $ - | $ - |
| Other Misc.*** | | $ 0.044 | see note below | | | |
| Totals | $ 1.268 | $ 1.229 | | 100.0% | $ 1.268 | $ - |

Notes: **Usage at standard rates includes only shared CPU (Pecos sys.) for the entire year. The Del Norte system was utilized only for internal testing by LITC employees.
***Miscellaneous customers brought on board in attempt to mitigate the fixed cost impact to LMSC and LASC

| Customer | Budget Excess Cap. | Actual Excess Cap. | Utilization Actual % | Billing at Actual Usage | Customer Impact |
|---|---|---|---|---|---|
| LMSC (Sunnyvale, CA) | $ 2.154 | $ 1.684 | 44.6% | $ 0.979 | $ (0.705) |
| LASC (Marietta, GA) | $ 0.757 | $ 0.510 | 55.4% | $ 1.215 | $ 0.705 |
| Totals | $ 2.911 | $ 2.194 | | $ 2.194 | $ (0.000) |

## LITC 1996 Actual Cray Utilization vs. Budget Commitment
($M)

| Customer | Budget Usage | Usage @ Actual** | Comments | Usage Billing | Write-off Billing | Total | Actual % Usage | Billing at Actual Usage | Customer Impact |
|---|---|---|---|---|---|---|---|---|---|
| LMSC (Sunnyvale, CA) | *Dedicated* | $ 0.291 | | $ 0.291 | | $ 0.291 | 100.0% | $ 7.733 | $ 7.443 |
| Other Misc.*** | | $ 0.023 | see note below | $ 0.023 | | $ 0.023 | incidental | $ 0.023 | $ - |
| LM Corporate | | $ - | | | $ 7.443 | $ 7.443 | | | $ - |
| Totals | $ - | $ 0.314 | | $ 0.314 | $ 7.443 | $ 7.756 | 100.0% | $ 7.756 | $ 7.443 |

Notes: **Actual cost includes $ Cray J90 and $7.4426M write of other Cray systems in 1996.
Notes: **Usage at actual includes 100% billing to Sunnyvale, offset by incidental usage of other customers.
***Incidental users of LMSC dedicated Cray J90 system. Billings to these users offset LMSC costs.

| | Actual Write-off |
|---|---|
| Asset Write-off billed to LM Corporation | $ 7.443 |

| Grand Total Impact (includes excess capacity adj. and asset write-off) | 1994 | 1995 | 1996 | Cumulative |
|---|---|---|---|---|
| LMSC (Sunnyvale, CA) | $ (1.574) | $ (0.773) | $ 7.443 | $ 5.096 |
| LASC (Marietta, GA) | $ 2.827 | $ 0.773 | | $ 3.600 |
| LADC (Palmdale, CA) | $ (1.253) | | | $ (1.253) |
| Totals | $ (0.000) | $ (0.000) | $ 7.443 | $ 7.443 |

LMSC 4.802 .566 .479 .241 6.636 4970
LASC 5.038 .702 1.215 6.955 13.593

156

Proprietary Matter

PT 000059