[redacted]

- In-Year Adjustments Made Per CAS 418 (e) (g)
- Y/E $\pm$ 10% Variance Test/Adj. Employed