4

LITC Followed CAS D.S. and Was CAS Compliant