LOCKHEED MARTIN

# Cost Impact Conclusion:

**Conclusion:**

| Cray Costs Allocable to Gov't | Cray Costs Paid By Gov't | Price Adjustment | |
|---|---|---|---|
| $ 31.91 | $ 22.26 | $0 | - LMC methodology did not result in increase costs to the Gov't |

| | | LITC Allocation to Segments (Billings) | Amount not billed to/paid by Government | Amount billed to/paid by Gov't. | Allocation to Segments Utilizing Gov't Method | Allocation Difference between Lockheed & Gov't Method | Cost Reimb. | Fixed Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1993 - 1995 LITC Billings | | | | | | | | | |
| LASC | Aeronautical Systems | $ 5.99 | | $ 5.99 | $ 9.85 | $ 3.86 | $ 1.42 | $ 2.44 | $ 3.86 |
| LMSC | Missiles & Space | $ 13.38 | $ 1.20 | $ 12.18 | $ 11.89 | $ (0.29) | $ (0.26) | $ (0.03) | $ (0.29) |
| LADC | Skunk Works | $ 4.09 | | $ 4.09 | $ 1.72 | $ (2.37) | $ (1.70) | $ (0.68) | $ (2.37) |
| **Subtotal** | | **$ 23.46** | **$ 1.20** | **$ 22.26** | **$ 23.46** | **$ 1.20** | **$ (0.54)** | **$ 1.74** | **$ 1.20** |
| **1997 Corporate Reallocation/Write Down** | | | | | | | | | |
| LASC | Aeronautical Systems | $ 3.60 | $ 3.60 | | | | | | |
| LMSC | Missiles & Space | $ 3.60 | $ 3.60 | | $ 8.45 | $ 8.45 | $ 6.04 | 2.42 | $ 8.45 |
| LADC | Skunk Works | $ 1.25 | $ 1.25 | | | | | | |
| **Total** | | **$ 31.91** | **$ 9.65** | **$ 22.26** | **$ 31.91** | **$ 9.65** | **$ 5.49** | **$ 4.16** | **$ 9.65** |



Lockheed Martin Company Proprietary