DEFENSE LOGISTICS AGENCY
DEFENSE CONTRACT MANAGEMENT COMMAND
DEFENSE CONTRACT MANAGEMENT AREA OPERATIONS, DENVER
ORCHARD PLACE 2, SUITE 200
5975 GREENWOOD PLAZA BLVD.
ENGLEWOOD, CO 80111-4715

IN REPLY REFER TO DCMC GDOC

April 23, 1996

Mr. William Bernstein
Lockheed Information Technology Company
1401 Del Norte Street
Denver, CO 80221

Dear Mr. Bernstein:

A review of the acquisition of a single, small Cray system as stated in your 17 Jan 96 letter has been accomplished.

The attached Audit Report No. 3121-96J10601001, 05 Apr 96, concerning the Audit of High Performance Computer Utilization, indicates that the replacement of both the Cray computers with a Cray J90 computer will result in annual cost avoidance of $982,000. Therefore, the installation of the Cray J90 computer is hereby recommended.

If you have any questions, your point of contact is Ms. Renee Varin Potratz at (303)843-4300x119.

Sincerely,

Renee Varin Potratz

RENEE VARIN POTRATZ
Administrative Contracting Officer
Colorado Central Team

Attachment
cc:
DCAA Denver



Proprietary Matter

PT 000143

# DEFENSE CONTRACT AUDIT AGENCY

## AUDIT REPORT

5 April 1996

**PREPARED FOR:** Administrative Contracting Officer
ATTN: Mr. Gerald A. Miller
Defense Contract Management Command, Denver
Orchard Place 2, Suite 200
5975 Greenwood Plaza Boulevard
Englewood, Colorado 80111-4715

**PREPARED BY:** Denver Branch Office
7112 W. Jefferson Avenue, Suite 200
Lakewood, Colorado 80235-2327
Telephone No. (303) 969-5000
FAX No. (303) 969-5056

**SUBJECT:** Audit of High Performance Computer Utilization

**REFERENCES:** DCAA: Audit Report No. 3121-96J10601001
DCAA: Audit Report No. 3121-95J10501001

**CONTRACTOR:** Lockheed Information Technology Company
1401 Del Norte Street
Denver, Colorado 80221

**REPORT RELEASE RESTRICTIONS:** See Page 5

**CONTENTS:**


| | Page |
|---|---|
| Subject of Audit | 1 |
| Executive Summary | 1 |
| Scope of Audit | 1 |
| Results of Audit | 2 |
| DCAA Personnel and Report Authorization | 4 |
| Audit Report Distribution and Restrictions | 5 |




ORIGINAL

Audit Report No. 03121-96J10601001

## SUBJECT OF AUDIT

As a part of our comprehensive audit of Lockheed Information Technology Corporation (LITC), we reviewed the acquisition of a Cray J90 Computer for the High Performance and Classified Computing (HPCC) center. LITC provides computing services to the Lockheed Martin Corporation. We performed the audit to evaluate whether the acquisition of a Cray J90 computer represents the best alternative for providing Cray computing resources for the Lockheed Martin Company. The audit was conducted during February and March of 1996.

## EXECUTIVE SUMMARY

In our opinion, the replacement of both of the Cray computers with a Cray J90 computer will result in annual cost avoidance of $982,000. Our previous audit (reference Audit Report No. 3121-95J10501001) of the HPCC disclosed that LITC could provide a more cost effective delivery of computer services if it either disposed of the Cray YMP - 4E computer or disposed of both the Cray YMP - 4E and the Cray YMP - 8I and purchased Cray computing resources from an outside vendor.

## SCOPE OF AUDIT

We conducted our audit in accordance with generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the data and records reviewed are free of material misstatement. Our audit includes:

- assessing control risk to use as a basis for planning the nature, timing and extent of testing;
- examining, on a test basis, evidence supporting the amounts and disclosures in the data and records reviewed;
- assessing the accounting principles used and significant estimates made by LITC and;
- evaluating the overall data and records presentation.

We evaluated the acquisition of a Cray J90 computer using the applicable requirements contained in:

- Federal Acquisition Regulation (FAR),
- DoD FAR Supplement (DFARS), and
- Cost Accounting Standards.

Audit Report No. 03121-96J10601001

Our audit specifically included:

- interviewing key managerial personnel, and
- reviewing costs for various computer systems.

## RESULTS OF AUDIT

Our audit disclosed that LITC's replacement of both of its Cray super computers with a smaller Cray J90 computer will result in an annual cost avoidance of approximately $982,000. We recommend that LITC continue with the installation of the Cray J90 computer.

In our previous audit, we examined three possible scenarios for dealing with the idle Cray computer capacity:

(1) Do nothing (i.e., continue to maintain the Cray YMP - 4E and the Cray YMP - 8I).

(2) Eliminate both Cray computers and buy any needed Cray time from a third party. This alternative was projected to save $496,000.

(3) Eliminate the Cray YMP - 4E and maintain the Cray YMP - 8I. The Cray YMP - 8I would continue to service internal Lockheed Martin requirements. This alternative was projected to save $491,000 annually.

*Our analysis of the fourth alternative, the purchase of a small Cray J90 computer, follows:*

| PROJECTED ANNUAL COST REDUCTION | |
|---|---|
| Labor and Related - HPCC | $100,100 |
| Labor and Related - Operations | 89,000 |
| Hardware Maintenance | 510,900 |
| Software Maintenance | 226,400 |
| Power Consumption | 105,600 |
| Depreciation of Cray J90 | < 50,000> |
| Net Savings | $982,000 |

This analysis is based on the assumptions that:

1. The cost of the Cray J90 is depreciated over a period of four years.

**FOR OFFICIAL USE ONLY**

2. Replacement of the Cray YMP-4E and the Cray YMP-8I with a Cray J90 will result in a headcount reduction of one in the HPCC department and one in the operations department.

We discussed our findings with Ms. Jan Wade, Administrative Supervisor, on 1 April 1996.

We examined only the acquisition of a Cray J90 computer. Accordingly, we express no opinion on the contractor's system of internal controls taken as a whole.

We would like to express our appreciation for the cooperation and assistance we received from the LITC's management and staff during the course of our review.

Audit Report No. 03121-96J10601001

## DCAA PERSONNEL

| | |
|---|---|
| Primary contact regarding this audit: | Telephone No. |
| Gary LePage, EDP Auditor | 612-725-3296 |
| Other contacts regarding this audit: | |
| Alan Teal, Chief AM/EDP/OA | 214-650-4916 |
| Steve Thorsted, EDP Supervisory Auditor | 801-975-3553 x226 |
| Kenneth Hill, Branch Manager | 303-969-5000 |
| Sally Mills, Acting Supervisory Auditor | 303-969-5000 |
| Denver Branch Office Fax No. | 303-969-5056 |

**AUDIT REPORT AUTHORIZED BY:**

KENNETH L. HILL
Branch Manager
DCAA, Denver Branch Manager

**FOR OFFICIAL USE ONLY**

Audit Report No. 03121-96J10601001

## AUDIT REPORT DISTRIBUTION AND RESTRICTIONS

DISTRIBUTION

DCAA, Lockheed Missiles and Space Co. Res. Ofc.
155D Moffett Pk. Dr., Bldg. 571
P.O. Box 60549
Sunnyvale, CA 94088-0549

DCAA, Lockheed Aeronautical Systems Co. Res. Ofc.
86 S. Cobb Drive, Bldg B2, Zone 0262
Sunnyvale, CA 94088-0549

DCAA, Lockheed Advanced Development Co. Res. Ofc.
1011 Lockheed Way
Palmdale CA 93599-001

DCAA, Pomona Valley Branch Office
1000 E. Garvey Ave. South, Suite 300
W. Covina, CA 91790-2900

DCAA, North Eastern Region Resident Office
65 Spit Brook Rd. Bldg. NHQ1-0519
Nashua, NH 03061-0868

DCAA, Atlanta Branch Office
2250 Newmarket Pkwy., Suite 124
Marietta, GA 30067-8749

DCAA, RAMA-3

DCAA, RSA-3 (ATTN: Steve Thorsted)

Permanent File

**FOR OFFICIAL USE ONLY**

Audit Report No. 03121-96J10601001

RESTRICTIONS

1. Contractor information contained in the audit report may be proprietary. It is not practical to identify during the conduct of the audit those elements of the data which are proprietary (too few audit reports are requested by parties outside the contracting activity to warrant the additional effort). Proprietary determinations should be made in the event of an external request for access. The restrictions of 18 U.S.C. 1905 should be considered before this information is released to the public.

2. Under the provisions of Title 32, Code of Federal Regulations Part 290.26(b)(2), any Freedom of Information Act requests for audit reports received by DCAA will be referred to the cognizant contracting agency for determination as to releasability and a direct response to the requester.

3. The Defense Contract Audit Agency has no objection to release of this report, at the discretion of the contracting agency, to authorized representatives of LITC.

4. The information contained in this audit report should not be used for purposes other than action on the subject of this audit without first discussing its applicability with the auditor.