## Issues Raised March 14, 2001 (cont'd)

- LITC Did Not Follow Disclosed Practice
- LMC Response
  - LITC Followed CAS Disclosure Statement
  - Predetermined Rates Used Per CAS 418 (g)