# In the United States Court of Federal Claims

No. 00-129C

(Filed: January 11, 2005)

---

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On December 7, 2004, defendant filed an unopposed motion for enlargement of time to file its reply in support of its cross-motion for summary judgment. Defendant's motion is hereby **GRANTED**. On or before February 11, 2005, defendant shall file its reply in support of its cross-motion for summary judgment.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge