# In the United States Court of Federal Claims

No. 00-129C

(Filed: May 17, 2005)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on plaintiff's motion for summary judgment will be held in this case on Wednesday, June 22, 2005, at 2:00 p.m (EDT) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge