IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated March 29, 2006, the parties submit this joint status report.

Plaintiff, Lockheed Martin Corporation ("Lockheed Martin"), intends to submit a request for a final decision regarding its loss upon disposition of CRAY computers to the contracting officer before May 31, 2006. Because the witnesses, documents and facts are the same or similar to the issue under consideration by this Court, Lockheed Martin believes it would be significantly more efficient for all parties to stay these proceedings while the contracting officer considers the new request for a final decision.

For its part, defendant, the United States, wishes to proceed to resolve the issues that are currently before the Court. In this regard, the United States proposes to conduct discovery regarding the testimony of James Blue, in accordance with Appendix A, ¶ 13(b), Rules of the United States Court of Federal Claims ("Any witness whose identity has not been previously disclosed shall be subject to discovery"). Although Lockheed relied upon affidavits of Mr. Blue in it motion for summary judgment, Mr. Blue's identity had not been previously disclosed to the Government.

Lockheed opposes this additional discovery. Lockheed Martin believes that (1) Mr. Blue's name and role was disclosed during discovery; (2) discovery closed on September 23, 2003; (3) the Government's request amounts to a motion to reopen discovery, and (4) such a request should occur in the form of a motion to the Court to reopen discovery, which Lockheed Martin would oppose.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Clarence T. Kipps, Jr.
by/ Angela Styles
CLARENCE T. KIPPS, JR.
MILLER & CHEVALIER, Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858

Attorney for Plaintiff

s/ Doris S. Finnerman
DORIS S. FINNERMAN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0300
Fax: (202) 305-7643

Attorneys for Defendant