# In the United States Court of Federal Claims

No. 00-129C

(Filed: April 24, 2006)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 14, 2006, the parties filed a joint status report. In their report, plaintiff stated that it intends to submit a request for a final decision regarding its loss upon disposition of CRAY computers to the contracting officer before May 31, 2006. Accordingly,

1. This proceeding is hereby **STAYED** until further order.

2. Plaintiff shall file a status report on June 16, 2006, and every 56 days thereafter, on the status of the request for a final decision from the contracting officer, with the court's expectation that, if necessary, plaintiff shall refile its complaint once a final decision has been rendered.

3. No further discovery shall be conducted at this time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge