Electronically Filed on June 15, 2006

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 00-129C |
| | ) | |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's order dated April 24, 2006, Lockheed Martin Corporation ("Lockheed Martin") submits this status report.

On May 31, 2006, Lockheed Martin submitted a request for a final decision regarding its loss on the disposition of Cray computers to Mr. Justin Palmisano, the Defense Corporate Executive (or contracting officer) for Lockheed Martin. Lockheed Martin has not received a response from Mr. Palmisano or other government official regarding this request for a final decision.

Respectfully submitted,

s/ Clarence T. Kipps

CLARENCE T. KIPPS, JR.
MILLER & CHEVALIER, Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858
Attorney for Plaintiff