Electronically Filed on August 9, 2006

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 00-129C |
| | ) | |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's order dated April 24, 2006, Lockheed Martin Corporation ("Lockheed Martin") submits this status report.

On July 24, 2006, Mr. Justin Palmisano, the Corporate Administrative Contracting Officer for Lockheed Martin, issued a final decision denying Lockheed Martin's May 31, 2006, request for a final decision regarding its loss on the disposition of Cray computers.

Lockheed Martin is currently preparing to move forward and appeal the final decision.

Respectfully submitted,

s/ Clarence T. Kipps

CLARENCE T. KIPPS, JR.
MILLER & CHEVALIER, Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 628-0858
Attorney for Plaintiff