Electronically Filed on August 17, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 00-129C (Judge Allegra) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD**

Pursuant to United States Court of Federal Claims Rule 83.1(c)(4), Plaintiff Lockheed Martin Corporation files this Motion for Substitution of Counsel of Record. Plaintiff's current counsel of record, Clarence T. Kipps, Jr., endorses the substitution and attaches his Affidavit of Endorsement. Plaintiff's new counsel of record, Angela B. Styles, attaches her Affidavit of Appointment. Plaintiff respectfully requests that the Clerk of Court make the appropriate entry on the docket.

Respectfully submitted,

s/ Angela B. Styles

Angela B. Styles
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5840 Telephone
(202) 628-0858 Facsimile

Counsel for Plaintiff

Dated: August 17, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 00-129C<br>(Judge Allegra) |

**<u>AFFIDAVIT OF ENDORSEMENT</u>**

I hereby endorse the appointment of Angela B. Styles as counsel of record in the above-captioned matter. I withdraw as counsel of record upon her substitution.

I declare under the penalty of perjury that the foregoing is true and correct.

This 7th day of August 2006.

Clarence T. Kipps, Jr.

Clarence T. Kipps, Jr.
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5840 Telephone
(202) 628-0858 Facsimile

Subscribed and sworn to or affirmed before me this 7th day of August, 2006.

Notary Public

My commission expires: July 31, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-129C<br>(Judge Allegra) |

**AFFIDAVIT OF APPOINTMENT**

I hereby affirm that Plaintiff Lockheed Martin Corporation has appointed me counsel of record in the above-captioned matter.

I declare under the penalty of perjury that the foregoing is true and correct.

This 15 day of August 2006.

Angela B. Styles
Angela B. Styles
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 626-5840 Telephone
(202) 628-0858 Facsimile

Subscribed and sworn to or affirmed before me this 15th day of August, 2006.

Diana R. Szpharp
Notary Public

My commission expires: January 14, 2007

2007