# In the United States Court of Federal Claims

No. 00-129C

(Filed: September 18, 2006)

---

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On March 29, 2006, the court dismissed a portion of the plaintiff's complaint claiming entitlement to charge the loss incurred upon disposition of its CRAY computers to government contracts. Plaintiff is currently pursuing this claim through the contracting officer. In expectation of a potential subsequent refiling of this claim in this court, in the form of a new complaint, the Clerk is hereby directed to,

1. Waive any filing fees as to that complaint that would otherwise be due pursuant to RCFC 77.1(c); and

2. Assign any such complaint to the undersigned judge, to allow it to be consolidated pursuant to RCFC 42(a) with Case No. 00-129C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge