# In the United States Court of Federal Claims

Nos. 00-129C, 06-688C

(Filed: October 19, 2006)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 29, 2006, this court determined that plaintiff could not assert its claim of entitlement to charge the loss incurred upon disposition of its CRAY computers to certain government contracts, without having first presented the claim to the contracting officer in accordance with the Contract Disputes Act. On April 24, 2006, this court stayed the proceedings in No. 00-129C pending plaintiff's filing of a new complaint asserting this claim following the contracting officer's final decision. On October 4, 2006, plaintiff filed this complaint. On October 10, 2006, the court ordered the Clerk to consolidate the new case (No. 06-688C) with the previously filed matter (No. 00-129C) pursuant to RCFC 42(a). In order to expedite the progress of the consolidated case:

1. No enlargement of time will be granted for the filing of defendant's response to the new complaint. On or before December 4, 2006, defendant shall file its response.

2. On or before January 5, 2007, the parties shall file a joint status report indicating how these consolidated cases should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge