IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Nos. 00-129C, 06-688C |
| | ) | (Judge Allegra) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Richard P. Schroeder as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Richard P. Schroeder
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Dated: December 1, 2006

s/Richard P. Schroeder
Richard P. Schroeder
Attorney
Commercial Litigation Branch
Civil Division
(202) 305-7788
Fax# (202) 353-7988

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 1st day of December 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Richard P. Schroeder