Electronically Filed on January 5, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C, No. 06-688C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated October 19, 2006, Lockheed Martin Corporation ("Lockheed Martin") and the Government submit this Joint Status Report.

To expedite resolution of this consolidated case, Lockheed Martin and the Government have agreed to attempt to negotiate a global settlement of all issues in this consolidated case. The parties will be meeting on February 7, 2007 to discuss settlement. The parties respectfully request that the Court order the filing of a Joint Status Report on February 14, 2007 and that the date for filing of the Joint Preliminary Status Report be reset for February 22, 2007.

Respectfully submitted,

____s/_Angela B. Styles_____________
ANGELA B. STYLES
MILLER & CHEVALIER Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 626-5801
Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen

DAVID M. COHEN
Director

s/Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management Agency

January 5, 2007