# In The United States Court of Federal Claims

Nos. 00-129C, 06-688C

(Filed: January 8, 2007)

---

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On October 10, 2006, the court consolidated the above-captioned cases. On December 1, 2006, defendant filed its answer to the complaint in Case No. 06-688C. On January 22, 2007, pursuant to RCFC Appendix A, a joint preliminary status report is due. On January 5, 2007, the parties filed a joint status report indicating that they have agreed to attempt to negotiate a settlement of the issues in this consolidated case. Accordingly:

1. The court hereby waives the requirement that a joint preliminary status report be filed.

2. On or before February 14, 2007, the parties shall file a joint status report noting any progress that has been made toward settlement.

Should the joint status report suggest that no substantial progress has been made toward settlement, the court will establish a schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge