# In The United States Court of Federal Claims

Nos. 00-129C, 06-688C

(Filed: February 16, 2007)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 14, 2007, the parties filed a joint status report indicating that they have made progress in attempting to negotiate a settlement of the issues in this case. Accordingly, on or before February 28, 2007, the parties shall file a joint status report noting any progress that has been made toward settlement.

Should the joint status report suggest that no substantial progress has been made toward settlement, the court will establish a schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge