Electronically Filed on February 28, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C, No. 06-688C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated February 16, 2007, Lockheed Martin Corporation ("Lockheed Martin") and the Government submit this Joint Status Report.

The parties have tentatively agreed to settlement terms that the undersigned counsel of record for the Government can recommend to the authorized representative of the Attorney General.

The parties respectfully request that the Court order the filing of a Joint Status Report on March 28, 2007.

Respectfully submitted,

s/ Angela B. Styles

ANGELA B. STYLES
MILLER & CHEVALIER Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 626-5801
Attorney for Plaintiff

Electronically Filed on February 28, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

***s/ Jeanne E. Davidson by SJG***
JEANNE E. DAVIDSON
Acting Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management
Agency

February 28, 2007