Electronically Filed on March 28, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C, No. 06-688C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 1, 2007, Lockheed Martin Corporation ("Lockheed Martin") and the Government respectfully submit this Joint Status Report.

The parties have tentatively agreed to a settlement of the above-referenced cases that can be recommended to the authorized representative of the Attorney General. This week, Lockheed Martin will submit its formal settlement proposal to the Government. The Government has prepared a working draft of the proposed settlement agreement, which is subject to further review by the agency, the Department of Justice, and Lockheed Martin. The Government also is in the process of drafting the required internal settlement memorandum that must be submitted to obtain approval of the settlement from the authorized representative of the Attorney General. Once the parties have negotiated and informally agreed upon the terms of the proposed settlement agreement, the Government will finalize and submit the settlement memorandum for review and approval.

Electronically Filed on March 28, 2007

The parties respectfully request that the Court order the filing of a Joint Status Report on or before April 27, 2007.

Respectfully submitted,
__s/ Angela B. Styles__
ANGELA B. STYLES
MILLER & CHEVALIER Chartered
655 15th Street, N.W.
Suite 900
Washington, D.C. 20005
Tel: (202) 626-5800
Fax: (202) 626-5801
Attorney for Plaintiff

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

***s/Jeanne E. Davidson***
JEANNE E. DAVIDSON
Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management Agency

March 28, 2007