# In The United States Court of Federal Claims

Nos. 00-129C, 06-688C

(Filed: March 30, 2007)

---

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On March 28, 2007, the parties filed a joint status report indicating that they have made progress in attempting to negotiate a settlement of the issues in this case. Accordingly, on or before April 27, 2007, the parties shall file a joint status report noting progress towards settlement completion.

Should this joint status report fail to reveal substantial progress towards settlement, the court will restore this case to the active docket and establish a schedule for further proceedings.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge