IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-129C, No. 06-688C<br>(Judge Allegra) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 30, 2007, Lockheed Martin Corporation ("Lockheed Martin") and the Government respectfully submit this Joint Status Report.

The parties have tentatively agreed to a settlement of the above-referenced cases that can be recommended to the authorized representative of the Attorney General. Lockheed Martin has submitted its formal settlement proposal to the Government, and the parties have informally agreed upon the terms of the proposed settlement agreement, subject to further approval. The Government has submitted the required internal settlement memorandum for review and approval. The parties will finalize and execute the settlement agreement upon approval of the settlement by the authorized representative of the Attorney General.

The parties respectfully request that the Court order the filing of a Joint Status Report on or before May 25, 2007. Plaintiff's counsel has reviewed this status report and agrees that it may be filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee***
***by FEW***
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management Agency

April 27, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 27, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/ Richard P. Schroeder***
RICHARD P. SCHROEDER