IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-129C, No. 06-688C<br>(Judge Allegra) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 30, 2007, defendant, the United States, respectfully submit this Joint Status Report.

The parties' attorneys of record have agreed to a settlement proposal, and Government counsel has submitted the proposal with the required internal settlement memorandum to the appropriate officials of the Justice Department for review. That settlement memorandum currently is working its way through the Justice Department's formal approval process. The parties will finalize and execute a formal written settlement agreement upon approval of the settlement proposal by the authorized representative of the Attorney General.

The parties respectfully request that the Court order the filing of a Joint Status Report on or before June 26, 2007. Plaintiff's counsel has reviewed this status report and agrees that it may be filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee***
***by SJG***
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management
Agency

May 25, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 25, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/ Richard P. Schroeder***
RICHARD P. SCHROEDER