# In The United States Court of Federal Claims

Nos. 00-129C, 06-688C

(Filed: May 29, 2007)

LOCKHEED MARTIN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 27, 2007, the parties filed a joint status report indicating that the government had submitted the required internal settlement memorandum for review and approval. On May 25, 2007, the parties filed a joint status report indicating that this review process is continuing.

On or before June 26, 2007, the parties shall file a joint status report detailing any progress made towards settlement. The parties shall continue to file such joint status reports every 28 days thereafter. Should this initial report or any subsequent reports indicate that significant progress has not been made toward settlement, the court will restore this case to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge