IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C, No. 06-688C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 29, 2007, defendant, the United States, respectfully submits this Joint Status Report.

The parties' attorneys of record have agreed to a settlement proposal, and Government counsel has submitted the proposal with the required internal settlement memorandum to the appropriate officials of the Justice Department for review. That memorandum has undergone initial and second level review and, as a result, counsel is in the process of making certain necessary changes, so that the memorandum can be resubmitted and formally approved. The parties will finalize and execute a formal written settlement agreement upon approval of the settlement proposal by the authorized representative of the Attorney General.

Plaintiff's counsel has reviewed this status report and agrees that it may be filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee***
***by SJG***
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management
Agency

June 26, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 26, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/ Richard P. Schroeder***
RICHARD P. SCHROEDER