IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-129C, No. 06-688C |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated May 29, 2007, defendant, the United States, respectfully submits this Joint Status Report.

The parties' attorneys of record have agreed to a settlement proposal, and, since the last status report was filed, Government counsel resubmitted the proposal with the required internal settlement memorandum to the appropriate officials of the Justice Department; the memorandum was reviewed and additional changes have been made as a result; and the report has been resubmitted to the appropriate officials for further review. The parties will finalize and execute a formal written settlement agreement if the settlement proposal is approved by the authorized representative of the Attorney General.

Plaintiff's counsel has reviewed this status report and agrees that it may be filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee by FEW***
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

Attorneys for Defendant

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management Agency

July 27, 2007

CERTIFICATE OF FILING

I hereby certify that on July 24, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/ Richard P. Schroeder***
RICHARD P. SCHROEDER