IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOCKHEED MARTIN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-129C, No. 06-688C<br>(Judge Allegra) |

**JOINT STATUS REPORT**

Defendant, the United States, respectfully submits this Joint Status Report.

The parties' attorneys of record previously agreed to a settlement proposal, and the required settlement memorandum has been approved by the authorized representative of the Attorney General. The parties next intend to finalize and execute a formal written settlement agreement, after which they anticipate that they will file a stipulation of dismissal. Although the parties have not yet finalized the settlement agreement, they intend to do so shortly.

Plaintiff's counsel has reviewed this status report and agrees that it may be filed upon behalf of the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

***s/Bryant G. Snee by FEW***
BRYANT G. SNEE
Deputy Director

***s/Richard P. Schroeder***
RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7788

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management
Agency

September 18, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 18, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***s/ Richard P. Schroeder***
RICHARD P. SCHROEDER